Thomas M. Biesty
NY Bar No. 4172896; (202) 326-3043; tbiesty@ftc.gov
Laura C. Basford
DC Bar No. 993645; (202) 326-2343; lbasford@ftc.gov
J. Ronald Brooke, Jr.
MD Bar No. 0202280002; (202) 326-3484; jbrooke@ftc.gov
Joshua A. Doan
DC Bar No. 490879; (202) 326-3187; jdoan@ftc.gov
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
Attorneys for Plaintiff Federal Trade Commission

Aaron D. Ford, Attorney General
Ernest D. Figueroa, Consumer Advocate
Lucas J. Tucker
NV Bar No. 10252; (702) 486-3256; ltucker@ag.nv.gov
Samantha B. Feeley
NV Bar No. 14034; (702) 486-3789; sfeeley@ag.nv.gov
State of Nevada, Office of the Attorney General
Bureau of Consumer Protection
8945 W. Russell Road, #204
Las Vegas, NV 89148
Attorneys for Plaintiff State of Nevada

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, and **STATE OF NEVADA**,<br><br>Plaintiffs,<br><br>v.<br><br>**INTERNATIONAL MARKETS LIVE, INC.**, et al.,<br><br>Defendants. | Case No. 2:25-cv-00760-CDS-NJK<br><br>**PLAINTIFFS' STATUS REPORT REGARDING SERVICE OF PROCESS AND MOTION TO FILE PRELIMINARY INJUNCTION MOTION IN EXCESS OF PAGE LIMIT** |

Plaintiffs Federal Trade Commission ("FTC") and State of Nevada filed their redacted Complaint [ECF No. 1] and Motion to File Preliminary Injunction Motion in Excess of Page Limit (the "Page Limit Motion") [ECF No. 13], on May 1, 2025. Plaintiffs now respectfully submit this status report regarding service of process and the Page Limit Motion.

Plaintiffs brought this action after engaging with Defendants in a consent process aimed at avoiding litigation. Each Defendant, represented by counsel, received drafts of Plaintiffs' proposed complaint and proposed final order, and had the opportunity to meet with the then-director of the FTC's Bureau of Consumer Protection, FTC Chairman Andrew N. Ferguson, FTC Commissioners Melissa Holyoak and Mark R. Meador, and staff from the Nevada Attorney General's Office. Although no Defendant's counsel has filed a notice of appearance, Plaintiffs know their identities and contact information because of that consent process. Plaintiffs submitted a list of Defendants' counsel as Attachment C to the Civil Cover Sheet [ECF No. 1-1].

**Service of Process**

All Defendants have either (a) been served with process, (b) accepted, by agreement, email service of process through counsel, or (c) had counsel represent that they were authorized to waive service of process under Federal Rule of Civil Procedure 4(d). Accordingly, Plaintiffs have filed returns of service [ECF Nos. 19, 21, and 22] or service-waiver forms [ECF Nos. 15-18, 20, 23, and 24] for all Defendants.

**Page Limit Motion**

Counsel for Defendants Alex Morton, Jason Brown, Matt Rosa, and Global Dynasty Network, LLC, have stated that they do not oppose the Page Limit Motion. Counsel for Brandon Boyd and the IML Defendants[1] have not taken a position on the Page Limit Motion, asserting

---

[1] International Markets Live, Inc., IM Mastery Academy, Ltd., Assiduous Inc., Christopher Terry, and Isis Terry.

1

that they cannot evaluate it without reviewing the 61-page preliminary injunction motion Plaintiffs are seeking leave to file.[2]

Plaintiffs' counsel emailed the Page Limit Motion to Defendants' counsel and asked them to confirm that they would accept email service of court filings before formally appearing in this action. All but one, who represents the IML Defendants, agreed to do so.[3] Accordingly, on May 9, 2025, Plaintiffs sent by first class U.S. mail paper copies of ECF No. 13, as well as all requested summonses [ECF Nos. 2-12], issued summonses [ECF No. 14], returns of service [ECF Nos. 19, 21, and 22], and service-waiver forms [ECF Nos. 15-18, 20, and 23], to counsel for the IML Defendants.[4]

Therefore, as of May 9, 2025, the Page Limit Motion has been served on all Defendants in accordance with Federal Rule of Civil Procedure 5.[5]

Dated:  May 12, 2025

Respectfully submitted,

/s/ Joshua A. Doan
THOMAS M. BIESTY
LAURA C. BASFORD
J. RONALD BROOKE, JR.
JOSHUA A. DOAN
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-6316
Washington, D.C. 20580
(202) 326-3043 (Biesty)

---

[2] Plaintiffs complied with LR 7-3(c) by filing a Declaration of FTC Counsel in support of the Page Limit Motion but are awaiting leave of Court before filing their preliminary injunction motion.

[3] Plaintiffs emailed the Page Limit Motion to Defendant Boyd's counsel on May 2, and on May 5 they agreed to accept email service of filings before formally appearing in this action.

[4] Plaintiffs have emailed as-filed copies of the requested and issued summonses, returns of service, and service-waiver forms to counsel for the other five Defendants.

[5] On May 12, 2025, Plaintiffs sent by U.S. mail the final service-waiver form [ECF No. 24] to counsel for the IML Defendants.

(202) 326-2343 (Basford)
(202) 326-3484 (Brooke)
(202) 326-3187 (Doan)
Email: tbiesty@ftc.gov; lbasford@ftc.gov;
jbrooke@ftc.gov; jdoan@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION


AARON D. FORD
Attorney General

ERNEST D. FIGUEROA
Consumer Advocate

LUCAS J. TUCKER
SAMANTHA B. FEELEY
Office of the Nevada Attorney General
8945 West Russell Road, Suite #204
Las Vegas, NV 89148
(702) 486-3256 (Tucker)
(702) 486-3789 (Feeley)
Email: ltucker@ag.nv.gov; sfeeley@ag.nv.gov

Attorneys for Plaintiff State of Nevada

3

## Certificate of Service

I hereby certify that on May 12, 2025, I electronically filed the foregoing Plaintiffs' Status Report Regarding Service of Process and Motion to File Preliminary Injunction Motion in Excess of Page Limits with the Clerk of the Court using CM/ECF. Because no counsel have entered appearances for Defendants, I caused a copy of the same to be served on all parties in the manner specified below.

**BY EMAIL:**

Robby H. Birnbaum
Franklin Homer
Greenspoon Marder, LLP
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
(954) 343-6959
robby.birnbaum@gmlaw.com
franklin.homer@gmlaw.com
*Global Dynasty Network, LLC*
*Jason Brown*
*Matthew Rosa*

Jeffrey Shields
Z. Ryan Pahnke
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111
(801) 323-3374
jshields@rqn.com
rpahnke@rqn.com
*Brandon Boyd*

Nick Oberheiden
John Sellers
Oberheiden P.C.
(888) 680-1745
nick@federal-lawyer.com
john@federal-lawyer.com
*Alex Morton*

**BY U.S. MAIL:**

Lars Evensen
Jenapher Lin
Holland & Hart LLP
955 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
(702) 669-4631
lkevensen@hollandhart.com
jlin@hollandhart.com
*International Markets Live, Inc.*
*IM Mastery Academy Ltd.*
*Assiduous, Inc.*
*Christopher Terry*
*Isis Terry*