# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br>    Plaintiff(s),<br>v.<br>INTERNATIONAL MARKETS LIVE, INC., et al.,<br>    Defendant(s). | Case No. 2:25-cv-00760-CDS-NJK<br>**Order**<br>[Docket No. 26] |

Pending before the Court is Plaintiffs' motion to file an unredacted version of the complaint under seal so that Defendant Boyd can explain why the redacted portions of the complaint should remain secret. Docket No. 26. The motion appears to reflect some confusion as to the procedures used in this District for sealing and redaction. Nonetheless, the pending motion is GRANTED as follows. First, Plaintiffs must file under seal, by May 21, 2025, an unredacted version of the complaint. Second, Defendant Boyd must file, by May 28, 2025, a properly supported motion explaining why the unredacted complaint should remain under seal.[1] Defendant Boyd's motion will be briefed and decided in the ordinary course.[2]

IT IS SO ORDERED.

Dated: May 19, 2025

                                                                    _____
                                                                    Nancy J. Koppe
                                                                    United States Magistrate Judge

---

[1] In the context of a redacted filing, the motion must explain in effect why the redacted information should remain secret by not unsealing the entire document.

[2] The Court expresses no opinion herein on whether the redacted information should remain secret.