Thomas M. Biesty
NY Bar No. 4172896; (202) 326-3043; tbiesty@ftc.gov
Laura C. Basford
DC Bar No. 993645; (202) 326-2343; lbasford@ftc.gov
J. Ronald Brooke, Jr.
MD Bar No. 0202280002; (202) 326-3484; jbrooke@ftc.gov
Joshua A. Doan
DC Bar No. 490879; (202) 326-3187; jdoan@ftc.gov
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
Attorneys for Plaintiff Federal Trade Commission

Aaron D. Ford, Attorney General
Ernest D. Figueroa, Consumer Advocate
Lucas J. Tucker
NV Bar No. 10252; (702) 486-3256; ltucker@ag.nv.gov
Samantha B. Feeley
NV Bar No. 14034; (702) 486-3789; sfeeley@ag.nv.gov
State of Nevada, Office of the Attorney General
Bureau of Consumer Protection
8945 W. Russell Road, #204
Las Vegas, NV 89148
Attorneys for Plaintiff State of Nevada

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, and <br><br> **STATE OF NEVADA**, <br><br> Plaintiffs, <br><br> v. <br><br> **INTERNATIONAL MARKETS LIVE, INC.**, et al., <br><br> Defendants. | Case No. 2:25-cv-00760-CDS-NJK <br><br> **PLAINTIFFS' AND DEFENDANT ALEX MORTON'S STIPULATION TO EXTEND TIME FOR ALEX MORTON TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** (*First Request*) |

IT IS HEREBY STIPULATED by and among the parties hereto, Plaintiffs Federal Trade Commission and State of Nevada, and Defendant Alex Morton ("Morton"), by and through their respective counsel of record, that Morton may have an additional thirty-one (31) days to file and serve his answer or otherwise respond to the Plaintiffs' Complaint (ECF No. 1), which is currently due on May 23, 2025.  Pursuant to this Stipulation, Morton will have until June 23, 2025 to file and serve his answer or otherwise respond to Plaintiffs' Complaint.  This stipulation was reached to allow the parties to continue to discuss a possible resolution of the claims against Morton described in Plaintiffs' Complaint.

This is the first stipulation for an extension of time for Morton to file his answer or otherwise respond to Plaintiffs' Complaint.  This stipulation is made in good faith and not for purposes of improper delay.

IT IS SO STIPULATED.

DATED: May 22, 2025

/s/ *Thomas M. Biesty*
Thomas M. Biesty
Laura C. Basford
J. Ronald Brooke, Jr.
Joshua A. Doan
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-6316/1144
Washington, DC 20580
(202) 326-3043 / tbiesty@ftc.gov
(202) 326-2343 / lbasford@ftc.gov
(202) 326-3484 / jbrooke@ftc.gov
(202) 326-3187 / jdoan@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

DATED: May 22, 2025

/s/ *Alina Veneziano*
Alina Veneziano
Oberheiden, P.C.
440 Louisiana Street, Suite 200
Houston, TX 77002
(702) 209-7570 / alina@federal-lawyer.com

*Attorney for Defendant Alex Morton*

IT IS SO ORDERED.
Dated:  May 23, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

DATED: May 22, 2025

/s/ *Lucas J. Tucker*
Lucas J. Tucker
Samantha B. Feeley
Office of the Nevada Attorney General
8945 W. Russell Road, Suite 204
Las Vegas, NV 89148
(702) 486-3256 / jtucker@ag.nv.gov
(702) 486-3789 / sfeeley@ag.nv.gov

*Attorneys for Plaintiff*
*State of Nevada*