Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
phillip.silvestri@gmlaw.com
**GREENSPOON MARDER LLP**
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION, and STATE OF NEVADA,** | CASE NO.: 2:25-cv-760-CDS-NJK |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE AND/OR ANSWER TO PLAINTIFFS' COMPLAINT** |
| **INTERNATIONAL MARKETS LIVE, INC.**, et al. | |
| Defendants. | **[First Request]** |

Defendants Global Dynasty Network, LLC. ("Global Dynasty") and Matthew Rosa ("Rosa" and together with Global Dynasty, "Defendants"), by through counsel, hereby move for an extension of time of thirty-four (34) days to file and serve a response and or answer to the Plaintiff's Complaint (ECF No. 1), which is currently due on May 27, 2025, through and including July 7, 2025. The undersigned counsel for Defendants also represents Defendant Jason Brown ("Brown"), whose response date is also July 7, 2025, such that the granting of this motion will result in all three Defendants have the same deadline by which to answer or respond to the Complaint.

Fed. R. Civ. P. 6(b) provides that the Court, for good cause, may extend the time to answer or otherwise respond to the Complaint. *See also United States v. Alpine Sec. Corp.*, No. 2:22-CV-01279-RFB-VCF, 2023 WL 8653135, at *1 (D. Nev. Dec. 14, 2023). Here, Defendants' motion is timely, and is made before the time in which they have to answer the Complaint has expired. Defendants make the motion in anticipation that all Defendants represented by the undersigned might consolidate their responses to the Complaint, thus servicing efficiency purposes for the case. This motion is made in good faith and not for purposes of improper delay. On May 23, 2025, counsel for Defendants conferred with counsel for Plaintiffs. Counsel for Plaintiffs stated they did not oppose the relief requested herein.

Dated: May 27, 2025.                               Respectfully submitted,

                                                   **GREENSPOON MARDER LLP**

                                                   */s/Phillip Silvestri*
                                                   PHILLIP SILVESTRI
                                                   Nv. Bar No. 11276
                                                   Email: philip.silvestri@gmlaw.com
                                                   GREENSPOON MARDER LLP
                                                   3993 Howard Hughes Parkway, Suite 400
                                                   Las Vegas, NV 89159
                                                   Tel: (702) 978-4249

IT IS SO ORDERED.
Dated: May 28, 2025
.
.
_____                     *Attorneys for Defendants Jason Brown, Matt Rosa, and Global Dynasty Network, LLC*
Nancy J. Koppe
United States Magistrate Judge