1
2
3 **UNITED STATES DISTRICT COURT**
4 **DISTRICT OF NEVADA**
5
6 FEDERAL TRADE COMMISSION, et al.,

   Case No. 2:25-cv-00760-CDS-NJK
7          Plaintiff(s),
                                               **Order**
   v.
8                                              [Docket No. 32]
9 INTERNATIONAL MARKETS LIVE, INC.,
   et al.,
10          Defendant(s).

11        Apparently on the request of counsel for Defendant Boyd, Plaintiffs sought redaction to
12 the complaint and filed a motion with a procedure to file an unredacted version under seal subject
13 to Defendant Boyd's showing as to why secrecy is warranted. *See, e.g.*, Docket No. 26. The Court
14 ordered Defendant Boyd to justify secrecy by May 28, 2025. Docket No. 30. Defendant Boyd did
15 not make any such showing. Instead, Plaintiffs filed a notice that counsel for Boyd communicated
16 to them that he would not make a showing to support secrecy. Docket No. 36.[1] As no showing
17 has been made to support secrecy, the Clerk's Office is **INSTRUCTED** to unseal Docket No. 32.

18        IT IS SO ORDERED.

19        Dated: May 29, 2025

20        _____
21                                    Nancy J. Koppe
                                      United States Magistrate Judge
22
23
24
25
26
27
          _____
28        [1] It is unclear why the Court's time was expended to venture down this path, when
          apparently there is no basis to claim secrecy.

                                                  1