Thomas M. Biesty
NY Bar No. 4172896; (202) 326-3043; tbiesty@ftc.gov
Laura C. Basford
DC Bar No. 993645; (202) 326-2343; lbasford@ftc.gov
J. Ronald Brooke, Jr.
MD Bar No. 0202280002; (202) 326-3484; jbrooke@ftc.gov
Joshua A. Doan
DC Bar No. 490879; (202) 326-3187; jdoan@ftc.gov
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
Attorneys for Plaintiff Federal Trade Commission

Aaron D. Ford, Attorney General
Ernest D. Figueroa, Consumer Advocate
Lucas J. Tucker
NV Bar No. 10252; (702) 486-3256; ltucker@ag.nv.gov
Samantha B. Feeley
NV Bar No. 14034; (702) 486-3789; sfeeley@ag.nv.gov
State of Nevada, Office of the Attorney General
Bureau of Consumer Protection
8945 W. Russell Road, #204
Las Vegas, NV 89148
Attorneys for Plaintiff State of Nevada

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, and<br><br>**STATE OF NEVADA**,<br><br>    Plaintiffs,<br><br>v.<br><br>**INTERNATIONAL MARKETS LIVE, INC.**, et al.,<br><br>    Defendants. | Case No. 2:25-cv-00760-CDS-NJK<br><br>**JOINT NOTICE REGARDING PROPOSED SETTLEMENT AND MOTION TO STAY ALL DEADLINES AS TO DEFENDANTS ROSA, BROWN, AND GLOBAL DYNASTY NETWORK, LLC FOR 60 DAYS WHILE PROPOSED SETTLEMENT IS REVIEWED BY THE FEDERAL TRADE COMMISSION** |

1

Plaintiffs Federal Trade Commission ("FTC" or "Commission") and State of Nevada and Defendants Global Dynasty Network, LLC ("Global"), Matthew Rosa, and Jason Brown (collectively, the "GDN Defendants") respectfully submit this joint notice and motion requesting a stay of all deadlines in this matter, relating to Plaintiffs' claims against the GDN Defendants only, for sixty (60) days. Plaintiffs and the GDN Defendants request this stay so that counsel for the FTC can seek Commission approval of a proposed stipulated final order for permanent injunction and monetary judgment to resolve all Plaintiffs' claims as to the GDN Defendants. In support of this Motion, the parties hereto state the following:

1. On May 1, 2025, Plaintiffs filed their redacted Complaint for Permanent Injunction, Monetary Judgment, and Other Relief (ECF No. 1) charging the GDN Defendants and seven other defendants with violations of the FTC Act, the Telemarketing Sales Rule, the Restore Online Shoppers' Confidence Act, and certain Nevada statutes.

2. On May 5, 2025, Plaintiffs served Defendants Rosa and Global with the Complaint and Summons. (ECF Nos. 19 and 22).

3. On May 8, 2025, Defendant Brown agreed to waive service of the Complaint and Summons. (ECF No. 23).

4. On May 28, 2025, Magistrate Judge Koppe endorsed an Order extending the time for Defendants Rosa and Global to respond to the Complaint until July 7, 2025. (ECF No. 40).

5. On May 30, 2025, Plaintiffs filed their Motion for a Preliminary Injunction against all Defendants. (ECF No. 42). Defendants' responses are due by June 13, 2025.

6. Plaintiffs' counsel and counsel for the GDN Defendants have engaged in settlement negotiations, and the GDN Defendants have now signed a proposed stipulated final order that includes provisions for permanent injunctive and monetary relief.

7. All settlements negotiated by FTC counsel must be approved by vote of the Commission. FTC counsel estimates that the Commission's consideration of the proposed stipulated final order could take up to 60 days.[1] If the proposed stipulated final order is approved by the Commission, Plaintiffs will submit it to the Court for approval.

8. If the Commission approves the proposed stipulated final order, further litigation of this case will be unnecessary as to the GDN Defendants. Accordingly, a stay of all deadlines in this matter relating to Plaintiffs' claims as to the GDN Defendants would serve the interest of judicial economy and conserve the parties' resources.

9. If the Commission does not approve the proposed stipulated final order, the GDN Defendants will have 30 days from the date they are notified by Plaintiffs' counsel of the rejected settlement to respond to the Plaintiffs' Complaint and Motion for a Preliminary Injunction.

WHEREFORE, Plaintiffs and the GDN Defendants respectfully request that the Court grant this Motion and stay all deadlines in this matter relating to Plaintiffs' claims as to the GDN Defendants for 60 days.

Respectfully submitted,

Dated: June 5, 2025

| | |
|---|---|
| /s/ Laura C. Basford<br>THOMAS M. BIESTY<br>LAURA C. BASFORD<br>J. RONALD BROOKE, JR.<br>JOSHUA A. DOAN<br>Federal Trade Commission<br>600 Pennsylvania Ave., NW, CC-6316<br>Washington, D.C. 20580<br>(202) 326-3043 (Biesty)<br>(202) 326-2343 (Basford)<br>(202) 326-3484 (Brooke)<br>(202) 326-3187 (Doan) | /s/ Phillip Silvestri<br>PHILLIP SILVESTRI<br>NV Bar No. 11276<br>Email: philip.silvestri@gmlaw.com<br>GREENSPOON MARDER LLP<br>3993 Howard Hughes Parkway, Suite 400<br>Las Vegas, NV 89159<br>Tel: (702) 978-4249<br><br>Attorneys for Defendants<br>JASON BROWN, MATTHEW ROSA, AND<br>GLOBAL DYNASTY NETWORK, LLC |

---

[1] Review and approval by the State of Nevada is significantly more streamlined.

Email: tbiesty@ftc.gov; lbasford@ftc.gov; jbrooke@ftc.gov; jdoan@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

AARON D. FORD
Attorney General

ERNEST D. FIGUEROA
Consumer Advocate

LUCAS J. TUCKER
SAMANTHA B. FEELEY
Office of the Nevada Attorney General
8945 West Russell Road, Suite #204
Las Vegas, NV 89148
(702) 486-3256 (Tucker)
(702) 486-3789 (Feeley)
Email: ltucker@ag.nv.gov; sfeeley@ag.nv.gov

Attorneys for Plaintiff
STATE OF NEVADA

4