# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br>    Plaintiff(s),<br><br>v.<br><br>INTERNATIONAL MARKETS LIVE, INC., et al.,<br><br>    Defendant(s). | Case No. 2:25-cv-00760-CDS-NJK<br><br>**Order** |

Pending before the Court is an order for Attorney Alina Veneziano to show cause why she need not comply with Local Rule IA 11-1(b). Docket No. 38. Attorney Veneziano filed a response. Docket No. 49. Attorney Veneziano must file a supplement clarifying (1) whether the local address she now lists with her CMECF account and with the Nevada bar is the address of her home office and (2) whether service by hand delivery to Attorney Veneziano may be accomplished at that address. The supplement must be filed by June 18, 2025.

IT IS SO ORDERED.

Dated: June 10, 2025

                                                                                              Nancy J. Koppe
                                                                                           United States Magistrate Judge