1  Lars K. Evensen
   Nevada Bar No. 8061
2  Jenapher Lin
   Nevada Bar No. 14233
3  HOLLAND & HART LLP
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, NV 89134
   Phone: 702.669.4600
5  Fax: 702.669.4650
   lkevensen@hollandhart.com
6  jlin@hollandhart.com

7  P. Sterling Kerr
   Nevada Bar No. 3978
8  KERR SIMPSON ATTORNEYS AT LAW
   2900 W. Horizon Ridge Parkway, Suite 200
9  Henderson, NV 89052
   Phone: 702.451.2055
10 Fax: 702.451.2077
   sterling@kerrsimpsonlaw.com

11

12 *Attorneys for International Markets Live Inc.,*
   *IM Mastery Academy Ltd., Assiduous, Inc.,*
   *Christopher Terry, and Isis Terry*

13
                    **UNITED STATES DISTRICT COURT**
14                      **DISTRICT OF NEVADA**

15  FEDERAL TRADE COMMISSION; and          Case No.: 2:25-cv-00760-CDS-NJK
    STATE OF NEVADA,
16                        Plaintiffs         **STIPULATION AND ORDER**
                                           **EXTENDING DEADLINE TO RESPOND**
17  v.                                     **AND REPLY TO MOTION FOR**
                                           **PRELIMINARY INJUNCTION**
18  INTERNATIONAL MARKETS LIVE INC.,
    a corporation, also d/b/a IYOVIA,           **(FIRST REQUEST)**
19  iMarketsLive, IM Mastery Academy, and IM
    Academy; IM MASTERY ACADEMY               [ECF No. 47]
20  LTD., f/k/a International Markets Live Ltd., a
    United Kingdom company; ASSIDUOUS,
21  INC., a corporation; GLOBAL DYNASTY
    NETWORK, LLC., a limited liability
22  company; CHRISTOPHER TERRY,
    individually and as an owner and officer of
23  International Markets Live Inc.; ISIS
    TERRY, fka ISIS DE LA TORRE,
24  individually and as an owner and officer of
    International Markets Live Inc., IM Mastery
25  Academy Ltd., and Assiduous, Inc.; JASON
    BROWN, individually and as an officer of
26  International Markets Live Inc. and as a
    member of Global Dynasty Network, LLC;
27  ALEX MORTON, individually and as an
    officer of International Markets Live Inc.;
28

*(left margin vertical text)* HOLLAND & HART LLP · 9555 HILLWOOD DRIVE, 2ND FLOOR · LAS VEGAS, NV 89134

MATTHEW ROSA, individually and as a
member of Global Dynasty Network, LLC;
and BRANDON BOYD,

Defendants

Plaintiffs FEDERAL TRADE COMMISSION and STATE OF NEVADA (collectively, as the "Plaintiffs") and Defendants INTERNATIONAL MARKETS LIVE INC., IM MASTERY ACADEMY LTD., ASSIDUOUS, INC., CHRISTOPHER TERRY, and ISIS TERRY, together with Defendants GLOBAL DYNASTY NETWORK, LLC, JASON BROWN, ALEX MORTON, MATTHEW ROSA, and BRANDON BOYD (collectively, as the "Defendants") (Plaintiffs and Defendants collectively as the "Parties" and each a "Party"), by and through their respective undersigned counsel of record, hereby respectfully submit this *Stipulation and Order Extending Deadline to Respond and Reply to Motion for Preliminary Injunction* (the "Stipulation") and stipulate and agree to a fourteen (14)-day extension of the current response deadline (from June 13, 2025 to June 27, 2025) with a corresponding seven (7)-day extension to the reply deadline for Plaintiffs' *Motion for Preliminary Injunction*, dated May 30, 2025 (the "Motion"; ECF No. 42), which is the first requested extension thereto, as follows:

1.      On May 30, 2025, Plaintiffs filed their *Motion for Preliminary Injunction* (the "Motion"; ECF No. 42).

2.      Responses to the Motion are currently due by June 13, 2025, thereby making replies due by June 20, 2025.

3.      Plaintiffs' Motion seeks a preliminary injunction against the four corporate defendants[1] and the six individually named defendants[2] "that enjoins Defendants' unlawful conduct, preserves Defendants' assets, and appoints a monitor over Corporate Defendants, which have operated as a common enterprise" (ECF No. 42 at 10), and is accompanied by a seven-part

---

[1] (ECF No. 42-1 at 5) ("'**Corporate Defendants**' means International Markets Live, Inc., also d/b/a IYOVIA, iMarketsLive, IM Mastery Academy, and IM Academy; IM Mastery Academy Ltd., f/k/a International Markets Live Ltd.; Assiduous, Inc., Global Dynasty Network, LLC, and their affiliates, subsidiaries, successors and assigns.").

[2] (ECF No. 42-1 at 6) ("'**Individual Defendants**' means Christopher Terry, a/k/a Chris Terry, Isis Terry, f/k/a Isis De La Torre, Jason Brown, Alex Morton, Matthew Rosa, and Brandon Boyd.").

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

2

proposed preliminary injunction (ECF No. 42-1–42-7) and 25 exhibits, totaling 6928 pages (ECF No. 42-8–42-48) and including 12 videos (ECF No. 43).

4.     Defendants' good faith estimate is that a minimum 90-day extension to the response deadline is reasonably necessary to fully respond to Plaintiffs' Motion given the nature of Motion, the scope and broad/far reaching extent of the injunctive relief sought, and the sheer volume of the exhibits—which includes a 564-page expert report (ECF No. 42-23). Briefing on a motion for preliminary injunction inherently necessitates a "sneak peak" of the allegations and claims asserted in the complaint on the merits—which, here, involves a 70-page Complaint alleging ten (10) counts against four (4) corporate defendants and six (6) individual defendants based on the Federal Trade Commission Act, Telemarketing and Consumer Fraud and Abuse Prevention Act, and the Restore Online Shoppers' Confidence Act, as well as NRS Chapter 598. Further, Defendants will need adequate time to obtain and present sufficient evidentiary support to rebut not only the 564-page expert report, but the various statements and assertions made by 20 declarants, which include a forensic accountant and a data analyst.

5.     The Parties have exchanged their respective views and positions on the time and effort reasonably necessary to respond and reply to the Motion, but had fundamentally differing opinions.

6.     As a result, the Parties agreed to a compromise whereby the response deadline would be extended fourteen (14) days (June 13, 2025 to June 27, 2025), along with a corresponding seven (7)-day extension to the reply deadline to July 11, 2025), and further extension would be sought by motion on a shortened briefing schedule.

7.     Accordingly, the Parties hereby agree and stipulate, and jointly move for entry of an order so approving, as follows:

      a.   The current deadline to file responses to the Motion (ECF No. 42) is extended fourteen (14) days, from June 13, 2025 to **June 27, 2025**.

      b.   The reply deadline will be extended a corresponding seven (7) days, to **July 11, 2025**.

      c.   A shortened briefing schedule will govern any subsequent motions to extend

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

1  the response/reply deadlines set forth herein. Responses will be due within **6**

2  **days** after the filing of such motion and replies will be due within **2 days**

3  thereafter.

4      8.    This Stipulation is made in good faith, not for purposes of undue delay, supported

5  by good cause, and made without prejudice to any Party's ability to move the Court for further

6  extensions for good cause if needed.

7      IT IS SO STIPULATED.

8      DATED this 6th day of June 2025.

9  HOLLAND & HART LLP                          FEDERAL TRADE COMMISSION

10 */s/ Lars K. Evensen*                        */s/ Laura C. Basford*

11 Lars K. Evensen                              Thomas M. Biesty
   Jenapher Lin                                 Laura C. Basford
   9555 Hillwood Drive, 2nd Floor               J. Ronald Brooke, Jr.
12 Las Vegas, NV 89134                          Joshua A. Doan
                                                Federal Trade Commission
13 P. Sterling Kerr                             600 Pennsylvania Ave., NW, CC-6316
   KERR SIMPSON ATTORNEYS AT LAW                Washington, DC 20580
14 2900 W. Horizon Ridge Parkway, Suite 200     tbiesty@ftc.gov
   Henderson, NV 89052                          lbasford@ftc.gov
15                                              jbrooke@ftc.gov
                                                jdoan@ftc.gov
16 *Attorneys for Defendants International*
   *Markets Live Inc., IM Mastery Academy*
17 *Ltd., Assiduous, Inc., Christopher Terry, and*  *Attorneys for Federal Trade Commission*
   *Isis Terry*
                                                STATE OF NEVADA
18 GREENSPOON MARDER, PA

19     */s/ Phillip A. Silvestri*               */s/ Lucas J. Tucker*
   Phillip A. Silvestri                         Aaron D. Ford
20 Nevada Bar No. 11276                         Ernest D. Figueroa
   3993 Howard Hughes Pkwy., Suite 400          Lucas J. Tucker
21 Las Vegas, NV 89169                          Samantha B. Feeley
   702-978-4249                                 STATE OF NEVADA, OFFICE OF
22 Fax: 954-333-4256                            ATTORNEY GENERAL
                                                BUREAU OF CONSUMER PROTECTION
23 phillip.silvestri@gmlaw.com                  8945 W. Russell Road, #204
                                                Las Vegas, NV 89148
24 *Attorneys for Global Dynasty Network, LLC,* efigueroa@ag.nv.gov
   *Jason Brown, Matthew Rosa*                  ltucker@ag.nv.gov
                                                sfeeley@ag.nv.gov
25

26                                              *Attorneys for State of Nevada*

27 OBERHEIDEN P.C.                              RAY QUINNEY & NEBEKER

28 */s/ Alina Veneziano*                        */s/ Z. Ryan Pahnke*
   Alina Veneziano                              Z. Ryan Pahnke

Nevada Bar No. 16645
11035 Lavender Hill Dr. Ste. 160, #246
Las Vegas, NV 89135
702-209-7570
alina@federal-lawyer.com

*Attorneys for Alex Morton*

Nevada Bar No. 9641
36 S State St Ste 1400
Salt Lake City, UT 84111
801-532-1500
Fax: 801-532-1500
rpahnke@rqn.com

*Attorneys for Brandon Boyd*

*Federal Trade Commission et al. v. International Markets Live, Inc. et al.*
Case No. 2:25-cv-00760-CDS-NJK
Order Extending Deadline to Respond and Reply to Motion for Preliminary Injunction (First Request)

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

Dated: June 11, 2025

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

5