UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| Federal Trade Commission, et al., | Case No. 2:25-cv-00760-CDS-NJK |
|---|---|
| Plaintiffs | **Order Granting Joint Motion to Stay** |
| v. | |
| International Markets Live, Inc., et al., | [ECF No. 46] |
| Defendants | |

    Plaintiffs Federal Trade Commission and State of Nevada and defendants Global Dynasty Network, LLC, Matthew Rosa, and Jason Brown (collectively, "GDN defendants") jointly move to stay all deadlines. Mot., ECF No. 46. The parties indicate that they have engaged in settlement negotiations that resolve all the plaintiffs' claims against these defendants, however, consideration and potential approval of the proposed settlement could take up to sixty days. *Id.* I therefore find that a stay of proceedings between the plaintiffs and the GDN defendants is reasonable for purposes of settlement. This stay does not apply to the plaintiffs' claims against any other defendant.

Conclusion

    IT IS HEREBY ORDERED that the parties' joint motion to stay **[ECF No. 46] is GRANTED**. All deadlines between plaintiffs Federal Trade Commission and State of Nevada and defendants Global Dynasty Network, LLC, Matthew Rosa, and Jason Brown are stayed until August 11, 2025.

    If the settlement is approved, the plaintiffs must submit the proposed order to the court. If the proposed settlement is not approved, the GDN defendants must file a response to the complaint and motion for a preliminary injunction thirty days after they are notified of the

rejected settlement. If no decision is rendered by August 11, 2025, the plaintiffs must file a status report addressing settlement on that date.

Dated: June 17, 2025

_____
Cristina D. Silva
United States District Judge