UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION, )
and STATE OF NEVADA, )
    *Plaintiff(s)* ) No. 2:25-cv-00760-CDS-NJK
     )
  v. )
     ) **SUPPLEMENT TO RESPONSE**
INTERNATIONAL MARKETS LIVE, ) **TO ORDER TO SHOW CAUSE**
INC., a corporation, also d/b/a IYOVIA, )
iMarketslive, IM Mastery Academy, and )
IM Academy, et al. )
    *Defendant(s)*

Defendant Morton's counsel, Ms. Veneziano, files this supplement to the Court's Order (Docket No. 51) to her Response to the Order Show Cause (Docket No. 49).

The address that had been on file with CMECF and the Nevada Bar is a UPS Box location that Ms. Veneziano maintains to avoid providing her home address to third parties. Although the Box location is distinguishable from a traditional Post Office in that (1) the Box location is attended by personnel, (2) Ms. Veneziano receives an immediate email when a package/letter is received, and (3) the Box location forwards all mail to her personal address with next-day delivery, the Box location does not accept service of process.

To remedy the situation to comply with the Local Rules, Ms. Veneziano's firm has opened a business office address in Las Vegas, Nevada at 625 S. 6th Street, Suite #301, Las Vegas, Nevada 89101.

Ms. Veneziano confirms that this new Las Vegas address is now updated in her Nevada Bar account and other State Bar accounts for which she is licensed, has been added and processed in her CMECF account, and that service of papers, process, or pleadings can be made at this Nevada address, effective immediately, in addition to service via facsimile transmission directly to Ms. Veneziano at (702) 552-9485.

Dated: June 18, 2025

Respectfully submitted,
OBERHEIDEN, P.C.
*Attorneys for Alexander Morton*
Alina Veneziano, Esq. & CPA

_____

Nevada Bar Number: 16645
625 S. 6th Street, Suite #301
Las Vegas, Nevada 89101
Tel: (702) 209-7570
Fax: (702) 552-9485
Email: alina@federal-lawyer.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of June 2025, I electronically filed the foregoing RESPONSE TO ORDER TO SHOW CAUSE with the Court's CM/ECF Program which sent notification of such to all counsel of record.

                                      By: Alina Veneziano, Esq. & CPA

                                      OBERHEIDEN, P.C.

                                      Attorneys for Alexander Morton