# Exhibit 1

# Fourth Declaration of Reeve Tyndall, FTC Investigator

# FOURTH DECLARATION OF REEVE TYNDALL

# PURSUANT TO 28 U.S.C. § 1746

I, Reeve Tyndall, declare as follows:

1. Unless otherwise stated, I have personal knowledge of the facts in this declaration, and if called as a witness, I could and would testify to the facts stated herein.

2. I am a United States citizen. I work as a Senior Investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices. The Division of Marketing Practices investigates persons and entities that may be violating the FTC Act and other laws enforced by the FTC.

3. As of June 18, 2025, International Markets Live, Inc. is an active corporation according to the State of New York's Department of State's website:



4. On May 15, 2025, I received an email on the undercover account I used to purchase the Defendants' services with the subject line "Notice of Termination of Independent

1

Business Owner Agreements." The email came from marketing@iyovia.com. A true and correct copy of this email is **Attachment A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2025, in Washington, DC.

_/s/_

2

# **Attachment A**



**Notice of Termination of Independent Business Owner Agreements**
1 message

IYOVIA Official™ <marketing@iyovia.com>  Thu, May 15, 2025 at 8:30 AM
Reply-To: IYOVIA Official™ <marketing@iyovia.com>
To:



### Notice of Termination of Independent Business Owner Agreements

Hello,

We are writing to inform you of an important and strategic change in the direction of Iyovia.

After careful consideration and analysis of current market conditions and future growth opportunities, **Iyovia has made the decision to transition from a multi-level marketing (MLM) model to a direct-to-consumer (DTC) business model.** As part of this transition, **we will be discontinuing the MLM operations and terminating all Independent Business Owner (IBO) agreements, effective May 23, 2025.**

What This Means for You.
**Your IBO agreement with Iyovia will be terminated effective May 23, 2025.**

All compensation and commissions owed to you under the IBO agreement up until the termination date will be paid in accordance with our compensation plan and policies.
Some functions of the IBO back office related to recruitment of IBOs have been disabled but access to your commission records and other account information will be available until May 23, 2025. After that date you may contact support@iyovia.com if you need information that would previously have been available in your back office.

During the transition period between now and May 23, 2025, you will not be able to enroll new IBOs but can continue to promote our products and services until the termination date.
If you have existing product subscriptions, you can continue to enjoy our products and services; your product subscriptions and access to our product platforms and tools will be unchanged.
The 2&free program for customers remains unchanged and so as a customer/member you can continue to refer new customers under that program.

**As part of the transition the iPayout e wallet service will be closed on May 27, 2025.** After that date commission payments that have not already been withdrawn from the e wallet should be requested by email to support@iyovia.com.

If you have any funds held in a credit wallet with Iyovia these will be

**Attachment A**

available to you to use if you have a continuing Iyovia product subscription until all credit funds used or May 23, 2025, whichever is earlier when the credit wallet will be closed.
All customer/member agreements and subscriptions will remain unchanged unless notified otherwise to affected customers/members.

**Our Gratitude**
We are deeply grateful for your hard work, loyalty, and the value you have brought to our community. Your contributions have played an integral role in the growth of our brand, and this decision was not made lightly.

**Looking Ahead**
As we shift toward a direct-to-consumer model, we are committed to delivering the same high-quality products to customers with even greater efficiency and service. While this new direction does not involve an MLM structure, we will be announcing exclusive offers and referral programs for our loyal supporters, which we invite you to explore. The current 2&free program for customers remains unchanged.

**Should you have any questions or require further clarification, please do not hesitate to contact our support team at** support@iyovia.com**.**

**Once again, thank you for your dedication and partnership. We wish you all the best in your future endeavors.**

Sincerely,
**Chris Terry**
**CEO**

IYOVIA UPDATES

Website  Instagram  Facebook

*Copyright © 2025 IYOVIA, All rights reserved.*
You are receiving this email because you opted in when you signed up for IYOVIA.

**Our mailing address is:**
IYOVIA
120 White Plains Rd
Tarrytown, NY 10591

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.



**Attachment A**