Alina Veneziano
NV Bar No. 16645
Oberheiden, P.C.
625 S. 6th Street
Suite #301
Las Vegas, NV 89101
(702) 209-7570 - alina@federal-lawyer.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION AND STATE OF NEVADA<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL MARKETS LIVE, INC., et al.,<br><br>　　　　Defendants. | Case No.: 2:25-cv-00760-CDS-NJK<br><br>PLAINTIFFS' AND DEFENDANT ALEX MORTON'S STIPULATION TO EXTEND DEADLINE (SECOND REQUEST) |

## STIPULATION TO EXTEND DEADLINE

IT IS HEREBY STIPULATED by and among the parties hereto, Defendant Alex Morton and Plaintiffs Federal Trade Commission and State of Nevada (collectively, the "Parties"), by and through their respective counsel of record, that Morton's deadlines to file and serve his answer, or to otherwise respond, to the Complaint (Dkt 1) is extended until Monday, July 7, 2025. Defendant Morton's deadline to respond to the Complaint is June 23, 2025. The Parties are actively working towards a final resolution of this matter and the additional time to respond will allow both Parties to dedicate their time and resources to the resolution effort. The Parties have previously filed one request to extend Defendant Morton's time to file an answer or otherwise respond to Plaintiffs' Complaint, and this is the second stipulation for an extension of time for Morton to file his answer or otherwise respond to Plaintiff's Complaint. This stipulation is made in good faith and not for purposes of improper delay.

STIPULATION TO EXTEND DEADLINE

IT IS SO ORDERED.
Dated:  June 24, 2025
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

IT IS SO STIPULATED

DATED: June 23, 2025

<u>/s/ Thomas M. Biesty</u>
Thomas M. Biesty
Laura C. Basford
J. Ronald Brooke, Jr.
Joshua A. Doan
600 Pennsylvania Ave., NW, CC-6316/1144
Washington DC 20580
(202) 326-3043 / tbiesty@ftc.gov
(202) 326-2343 / lbasford@ftc.gov
(202) 326-3484 / jbrooke@ftc.gov
(202) 326-3187 / jdoan@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

<u>/s/ Lucas J. Tucker</u>
Lucas J. Tucker
Samantha B. Freeley
Office of the Nevada Attorney General
8945 W. Russel Road, Suite 204
Las Vegas, NV 89148
(702) 486-3256 / jtucker@ag.nv.gov
(702) 486-3789 / sfeelet@ag.nv.gov

*Attorneys for Plaintiff*
*State of Nevada*

<u>/s/ Alina Veneziano</u>
Alina Veneziano
Oberheiden, P.C.
625 S. 6th Street
Suite #301
Las Vegas, NV 89101
(702) 209-7570 / alina@federal-lawyer.com

*Attorneys for Defendant Alex Morton*

STIPULATION TO EXTEND DEADLINE