# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION, et al.,

    Plaintiff(s),

v.

INTERNATIONAL MARKETS LIVE, INC., et al.,

    Defendant(s).

Case No. 2:25-cv-00760-CDS-NJK

**Order**

    Pending before the Court is an order for Attorney Alina Veneziano to show cause why she need not comply with Local Rule IA 11-1(b). Docket No. 38. Attorney Veneziano filed a response and a supplement. Docket Nos. 49, 60. The order to show cause is hereby DISCHARGED.

    IT IS SO ORDERED.

    Dated: June 24, 2025

                                              Nancy J. Koppe
                                              United States Magistrate Judge