# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION, et al.,

    Plaintiff(s),

v.

INTERNATIONAL MARKETS LIVE, INC., et al.,

    Defendant(s).

Case No. 2:25-cv-00760-CDS-NJK

**Order**

[Docket No. 69]

Pending before the Court is a joint discovery plan. Docket No. 69.

As the parties have held their Rule 26(f) conference, the Court agrees that initial disclosures must be served by July 10, 2025, *see* Fed. R. Civ. P. 26(a)(1)(C), and general discovery may commence, *see* Fed. R. Civ. P. 26(d)(1). As to the case management deadlines, although defendants have otherwise appeared, the discovery plan references that no defendant has yet responded to the complaint. Docket No. 69 at 3. For the time being, the Court declines to enter case management deadlines.

Accordingly, the joint discovery plan is **GRANTED** in part and **DENIED** in part as stated above. An amended discovery plan must be filed by August 11, 2025.

IT IS SO ORDERED.

Dated: June 27, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge