Alina Veneziano
NV Bar No. 16645
Oberheiden, P.C.
625 S. 6th Street
Suite #301
Las Vegas, NV 89101
(702) 209-7570 - alina@federal-lawyer.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION AND STATE OF NEVADA<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL MARKETS LIVE, INC., et al.,<br><br>Defendants. | Case No.: 2:25-cv-00760-CDS-NJK<br><br><br>PLAINTIFFS' AND DEFENDANT ALEX MORTON'S STIPULATION TO EXTEND DEADLINES (THIRD REQUEST) |

## **STIPULATION TO EXTEND DEADLINE**

IT IS HEREBY STIPULATED by and among the parties hereto, Defendant Alex Morton and Plaintiffs Federal Trade Commission and State of Nevada (collectively, the "Parties"), by and through their respective counsel of record, that Morton's deadlines to file and serve his answer, or to otherwise respond, to the Complaint (Dkt 1) is extended until Monday, July 21, 2025. Defendant Morton's deadline to respond to the Complaint is July 7, 2025. The Parties are actively working towards a final resolution of this matter and the additional time to respond will allow both Parties to dedicate their time and resources to the resolution effort. The Parties have previously filed two requests to extend Defendant Morton's time to file an answer or otherwise respond to Plaintiffs' Complaint, and this is the third stipulation for an extension of time for Morton to file his answer or otherwise respond to Plaintiff's Complaint. This stipulation is made in good faith and not for purposes of improper delay.

IT IS SO STIPULATED

STIPULATION TO EXTEND DEADLINE

DATED: July 7, 2025

| | |
|---|---|
| /s/ Thomas M. Biesty<br>Thomas M. Biesty<br>Laura C. Basford<br>J. Ronald Brooke, Jr.<br>Joshua A. Doan<br>600 Pennsylvania Ave., NW, CC-6316/1144<br>Washington DC 20580<br>(202) 326-3043 / tbiesty@ftc.gov<br>(202) 326-2343 / lbasford@ftc.gov<br>(202) 326-3484 / jbrooke@ftc.gov<br>(202) 326-3187 / jdoan@ftc.gov<br><br>*Attorneys for Plaintiff*<br>*Federal Trade Commission* | /s/ Alina Veneziano<br>Alina Veneziano<br>Oberheiden, P.C.<br>625 S. 6th Street<br>Suite #301<br>Las Vegas, NV 89101<br>(702) 209-7570 / alina@federal-lawyer.com<br><br>*Attorneys for Defendant Alex Morton* |

/s/ Lucas J. Tucker
Lucas J. Tucker
Samantha B. Freeley
Office of the Nevada Attorney General
8945 W. Russel Road, Suite 204
Las Vegas, NV 89148
(702) 486-3256 / jtucker@ag.nv.gov
(702) 486-3789 / sfeelet@ag.nv.gov

*Attorneys for Plaintiff*
*State of Nevada*

 

IT IS SO ORDERED

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

DATED: _____

STIPULATION TO EXTEND DEADLINE       25