Z. Ryan Pahnke
Nevada Bar No. 9641
Jeffrey W Shields (*admitted pro hac vice*)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Email: rpahnke@rqn.com
Email: jshields@rqn.com

David J. Malley
Nevada Bar No. 8171
**HUTCHISON & STEFFEN PLLC**
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Email: dmalley@hutchlegal.com
*Designated for service pursuant to LR IA 11-1(b)*

*Attorneys for Defendant Brandon Boyd*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION; and STATE OF NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL MARKETS LIVE INC.; IMMASTERY ACADEMY LTD.; ASSIDUOUS, INC.; GLOBAL DYNASTY NETWORK, LLC.; CHRISTOPHER TERRY; ISIS TERRY; JASON BROWN; ALEX MORTON; MATTHEW ROSA; and BRANDON BOYD,<br><br>Defendants. | Case No. 2:25-CV-00760-CDS-NJK<br><br>**DEFENDANT BRANDON BOYD'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**[Second Request]** |

Defendant Brandon Boyd ("Boyd"), by and through his counsel of record, hereby moves for an extension of an additional eleven 11 days beyond the prior extended deadline of July 10,

1714852

2025 to file and serve his answer or otherwise respond to the Plaintiffs' Complaint (ECF 1). Boyd's response is currently due on July 10, 2025 as a result the Court's order dated June 27, 2025 (ECF 70) which extended the original deadline of June 27, 2025 to July 10, 2025. Pursuant to this request, Boyd will have until July 21, 2025, to file and serve his answer or otherwise respond to Plaintiffs' Complaint. The requested extension will allow the parties to continue to discuss a possible resolution of the claims against Boyd described in Plaintiffs' Complaint. On July 8, 2025, counsel for Boyd conferred with counsel for Plaintiffs, and counsel for Plaintiffs stated they do not oppose the relief requested herein.

This is the second request for an extension of time for Boyd to file his answer or otherwise respond to Plaintiffs' Complaint. This motion is made in good faith and not for purposes of improper delay.

Respectfully Submitted.

DATED: July 8, 2025

RAY QUINNEY & NEBEKER P.C.

/s/ Jeffrey W. Shields
Z. Ryan Pahnke
Nevada Bar No. 9641
Jeffrey W. Shields (admitted pro hac vice)

and

David J. Malley
Nevada Bar No. 8171

*Attorneys for Defendant Brandon Boyd*

IT IS SO ORDERED.
Dated: July 8, 2025

Nancy J. Koppe
United States Magistrate Judge

1714852