# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission, et al., | Case No. 2:25-cv-00760-CDS-NJK |
| Plaintiffs | **Order Granting Joint Motion to Stay** |
| v. | |
| International Markets Live, Inc., et al., | [ECF No. 86] |
| Defendants | |

Plaintiffs Federal Trade Commission and State of Nevada and defendant Brandon Boyd jointly move to stay all deadlines. Mot., ECF No. 86. The parties indicate that they have engaged in settlement negotiations that resolve all the plaintiffs' claims against these defendants, however, consideration and potential approval of the proposed settlement could take up to sixty days. *Id.* at 3. I therefore find that a stay of proceedings between the plaintiffs and Boyd is reasonable for purposes of settlement. This stay does not apply to the plaintiffs' claims against any other defendant.

**Conclusion**

IT IS HEREBY ORDERED that the parties' joint motion to stay [ECF No. 86] is **GRANTED**. All deadlines between Federal Trade Commission and State of Nevada and Brandon Boyd are stayed until September 13, 2025.

IT IS FURTHER ORDERED that Boyd's motion for a Rule 16 conference [ECF No. 53] is **DENIED without prejudice**.[1]

If the settlement is approved, the plaintiffs must submit the proposed order to the court. If the proposed settlement is not approved, Boyd must file a response to the complaint thirty

---

[1] The court recognizes that joinders were filed to this motion. The court will be scheduling a hearing on the pending motion for preliminary injunction soon. To the extent the parties seek a Rule 16 conference following that hearing, their request can be addressed during that hearing.

days after he is notified of the rejected settlement. If no decision is rendered by September 13, 2025, the plaintiffs must file a status report addressing settlement on that date.

Dated: July 16, 2025

_____
Cristina D. Silva
United States District Judge