### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission, et al., | Case No. 2:25-cv-00760-CDS-NJK |
| Plaintiffs | **Order Granting Joint Motion to Stay as to Defendant Alex Morton** |
| v. | |
| International Markets Live, Inc., et al., | [ECF No. 88] |
| Defendants | |

Plaintiffs Federal Trade Commission and State of Nevada and defendant Alex Morton jointly move to stay all deadlines for sixty days. Mot., ECF No. 88. The parties are engaged in settlement negotiations that resolve all the plaintiffs' claims against Morton, however, the proposed settlement must first be approved by the commission and the state. *Id.* I find that a stay of proceedings between the plaintiffs and Morton is reasonable for purposes of settlement. This stay does not apply to the plaintiffs' claims against any other defendant.

IT IS HEREBY ORDERED that the parties' joint motion to stay **[ECF No. 88] is GRANTED**. All deadlines between plaintiffs Federal Trade Commission and State of Nevada and defendant Alex Morton are stayed until September 18, 2025.

If the settlement is approved, the plaintiffs must submit the proposed stipulated final order to the court. If the proposed settlement is not approved, Morton must file a response to the complaint thirty days after they are notified of the rejected settlement. If no decision is rendered by September 18, 2025, the plaintiffs must file a status report addressing settlement on that date.

Dated: July 22, 2025

_____
Cristina D. Silva
United States District Judge