UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission et al., | Case No. 2:25-cv-00760-CDS-NJK |
| Plaintiffs | **Order Setting Hearing for Argument on Plaintiff's Preliminary Injunction Motion and Defendants' Motion to Strike** |
| v. | |
| International Markets Live, Inc. et al., | |
| Defendants | [ECF No. 42, 45] |

Plaintiffs Federal Trade Commission (FTC) and the State of Nevada move for a preliminary injunction against defendants International Markets Live, Inc, IM Mastery Academy Ltd., Assiduous, Inc., Christopher Terry, and Isis Terry.[1] *See* Mot., ECF No. 42. The motion is fully briefed. *See* Resps., ECF Nos. 72, 73; Replies, ECF Nos. 82, 83, 84. The defendants seek to strike the preliminary injunction motion because it fails to comply with the local rules. Mot., ECF No. 45. This motion is also fully briefed. Resp., ECF No. 62; Reply, ECF No. 65. Because I find that oral argument may aid in my resolution of these motions, the parties are ordered to appear in LV Courtroom 6B at **1:30 pm on August 7, 2025.**

Dated: July 28, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] This case is currently stayed between plaintiffs and defendants Global Dynasty Network, LLC, Jason Brown, Matthew Rosa, Alex Morton, and Brandon Boyd pending the FTC's approval of settlement agreements between the parties. As such, this order does not apply to them.