Thomas M. Biesty
NY Bar No. 4172896; (202) 326-3043; tbiesty@ftc.gov
Laura C. Basford
DC Bar No. 993645; (202) 326-2343; lbasford@ftc.gov
J. Ronald Brooke, Jr.
MD Bar No. 0202280002; (202) 326-3484; jbrooke@ftc.gov
Joshua A. Doan
DC Bar No. 490879; (202) 326-3187; jdoan@ftc.gov
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
Attorneys for Plaintiff Federal Trade Commission

Aaron D. Ford, Attorney General
Ernest D. Figueroa, Consumer Advocate
Lucas J. Tucker
NV Bar No. 10252; (702) 486-3256; ltucker@ag.nv.gov
Samantha B. Feeley
NV Bar No. 14034; (702) 486-3789; sfeeley@ag.nv.gov
State of Nevada, Office of the Attorney General
Bureau of Consumer Protection
8945 W. Russell Road, #204
Las Vegas, NV 89148
Attorneys for Plaintiff State of Nevada

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** and **STATE OF NEVADA**,<br><br>Plaintiffs,<br><br>v.<br><br>**INTERNATIONAL MARKETS LIVE, INC.**, et al.,<br><br>Defendants. | Case No. 2:25-cv-00760-CDS-NJK<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 42)** |

The Federal Trade Commission ("FTC") and the State of Nevada (together, "Plaintiffs"), submit this Motion for Leave to File Supplemental Declarations in Support of their Motion for Preliminary Injunction ("PI Motion") (ECF No. 42) pursuant to Local Rule 7-2(g).

## MEMORANDUM OF POINTS AND AUTHORITIES

### A. Background

1. Plaintiffs filed this civil law enforcement action on May 1, 2025. ECF No. 1. Plaintiffs' Complaint alleges that the Defendants operated a long-running deceptive scheme selling financial training services through a multi-level marketing ("MLM") business structure. Defendants targeted young adults with false promises of substantial earnings by learning how to profitably trade in financial markets, and also through Defendants' MLM business venture. Based on Defendants' own records, the FTC estimates that Defendants' unlawful actions have caused more than $1.267 billion in consumer harm since 2018, including $537 million in harm to U.S. consumers.

2. Plaintiffs contend that Defendants have persistently violated Section 5(a) of the FTC Act, the Telemarketing Sales Rule, the Restore Online Shoppers Confidence Act, and Nevada's Deceptive Trade Practices Act.

3. On May 30, 2025, Plaintiffs filed their PI Motion seeking a preliminary injunction to protect consumers from further violations, preserve assets for potential consumer redress, appoint a monitor, and to ensure evidence is being retained. ECF No. 42. The proposed preliminary injunction would enjoin Defendants' unlawful conduct, preserve Defendants' assets, and appoint a monitor over Corporate Defendants, which have operated as a common enterprise.

4. On July 28th, the Court set oral argument on the PI Motion for August 7, 2025. ECF No. 91.

### B. Supplemental Declarations

5. Plaintiffs seek leave to file the Second Declarations of J. Ronald Brooke, Jr. (FTC legal counsel) and Roshni C. Agarwal (FTC forensic accountant) (together the "Supplemental Declarations"). The Supplemental Declarations cover: (1) pre-filing consent communications with Defendants; (2) concerns raised by Plaintiffs' counsel with counsel for the IML Defendants[1] regarding assets of the IML Defendants based upon documents recently obtained by Plaintiffs pursuant to limited third-party discovery to First Security Bank of Nevada ("FSBN"); (3) a recent litigation initiated against Isis Terry and a company owned by Isis and Christopher Terry; and (4) information produced by FSBN concerning accounts in the names of Defendants IML and Assiduous, and several other entities connected to the Terrys and IML.

The Second Brooke Declaration

6. Mr. Brooke's declaration sets forth that in October 2024, Plaintiffs initiated pre-filing consent process negotiations with Defendants in attempt to resolve Plaintiffs' allegations regarding Defendants.

7. As part of that process, Plaintiffs' counsel stated to Defendants' counsel that Defendants could face a significant monetary judgment and requested that they should preserve their assets and not dispose of assets outside the course of ordinary business.

8. Mr. Brooke's declaration also discusses some of the limited third-party discovery that Plaintiffs have engaged in since the filing of the PI Motion, in accordance with Magistrate Judge Koppe's applicable order ( ECF No. 74) and concerns raised by the information obtained.

9. In July 2025, the FTC served a subpoena on FSBN for documents concerning corporate accounts related to the IML Defendants. The produced records indicate that IML and Assiduous account balances at FSBN stood at only approximately $65,000 on June 30, 2025. They also

---

[1] The IML Defendants are: (i) International Markets Live, Inc. ("IML"); (ii) IM Mastery Academy Ltd., (iii) Assiduous, Inc. ("Assiduous"); (iv) Christopher Terry; and (v) Isis Terry, a/k/a Isis De La Torre.

3

indicate that in mid-June 2025, Christopher Terry stated to FSBN staff that he was selling multiple properties.

10. Mr. Brooke's declaration also states that Plaintiffs' counsel met virtually with the IML Defendants' counsel to raise concerns about the IML/Assiduous account balances and Mr. Terry's statements regarding property sales.  Plaintiffs' counsel sent IML Defendants' counsel an email request for further information.  IML Defendants' counsel responded that they would not provide such information without formal discovery.

11. Finally, Mr. Brooke's declaration identifies a litigation filed in Clark County District Court on July 18, 2025 against Isis Terry and Terra Firma Development, LLC, a company owned by Christopher and Isis Terry, alleging that Terra Firma Development has defaulted on certain commercial leases, including one for which Ms. Terry serves as a guarantor.

<u>The Second Agarwal Declaration</u>

12. Ms. Agarwal's declaration contains tabulations of account activity in an IML account at FSBN since January 2024.

13. Her declaration identifies certain payments from the IML account at FSBN that appear to be personal expenses unrelated to the IML Defendants' business operations, including expenses relating to: (i) a private jet company; (ii) a yacht; (iii) residential property; and (iv) luxury apparel.

14. Ms. Agarwal's declaration also indicates that (1) the IML account at FSBN appears to have made payments to companies associated with Christopher Terry's siblings; and (2) it appears that accounts in the name of IML and Assiduous have been depleted.

**C.    Argument**

15. Pursuant to Local Rule 7-2(g), Plaintiffs may only supplement the evidence supporting their PI Motion with this Court's leave, granted for good cause shown.

16. Plaintiffs submit that good cause exists for this Court to grant them leave to supplement the PI Motion with the Supplemental Declarations because: (i) the proposed Preliminary Injunction seeks to preserve the IML Defendants' assets for potential consumer redress; (ii) Plaintiffs' request for asset preservation rests in part on Defendants Christopher and Isis Terry's documented history of using corporate funds to support a luxurious lifestyle; (iii) Plaintiffs' limited discovery thus far raises concerns that the IML Corporate Defendants' assets, which Plaintiffs allege were unlawfully obtained from consumers, are being dissipated; and (iv) the information and data contained in the Supplemental Declarations may prove helpful to the Court evaluating Plaintiffs' requested relief.

17. Therefore, Plaintiffs request that this Court grant leave to allow the Plaintiffs to file the Supplemental Declarations, attached to this Motion as **Attachments A and B**.

Respectfully submitted,

Dated: August 5, 2025

| | |
|---|---|
| AARON D. FORD<br>Attorney General<br>ERNEST D. FIGUEROA<br>Consumer Advocate<br>LUCAS J. TUCKER<br>SAMANTHA B. FEELEY<br>Office of the Nevada Attorney General<br>8945 West Russell Road, Suite #204<br>Las Vegas, NV 89148<br>(702) 486-3256 (Tucker)<br>(702) 486-3789 (Feeley)<br>Email: ltucker@ag.nv.gov;<br>sfeeley@ag.nv.gov<br><br>Attorneys for Plaintiff<br>STATE OF NEVADA | /s/ Thomas M. Biesty<br>THOMAS M. BIESTY<br>LAURA C. BASFORD<br>J. RONALD BROOKE, JR.<br>JOSHUA A. DOAN<br>Federal Trade Commission<br>600 Pennsylvania Ave., NW, CC-6316<br>Washington, DC 20580<br>(202) 326-3043 (Biesty)<br>(202) 326-2343 (Basford)<br>(202) 326-3484 (Brooke)<br>(202) 326-3187 (Doan)<br>Email: tbiesty@ftc.gov; lbasford@ftc.gov;<br>jbrooke@ftc.gov; jdoan@ftc.gov<br><br>Attorneys for Plaintiff<br>FEDERAL TRADE COMMISSION |