# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission, et al., | Case No. 2:25-cv-00760-CDS-NJK |
| Plaintiffs | **Order Granting Plaintiffs' Motion for Preliminary Injunction and Motion for Leave to Supplement** |
| v. | |
| International Markets Live, Inc., et al., | |
| Defendants | [ECF Nos. 42, 95] |

On August 7, 2025, the court held oral argument on plaintiffs Federal Trade Commission and the State of Nevada's motion for a preliminary injunction. ECF No. 42. During the same hearing, the court heard objections from the defendants regarding the plaintiffs' motion for leave to file a supplement to the motion for preliminary injunction. ECF No. 95. For the reasons stated on the record, the court grants the plaintiffs' motion for a preliminary injunction, with a written order to follow. Having considered the motion for leave to supplement and the objections thereto, the court also grants the plaintiffs' motion for leave to supplement.

Dated: August 11, 2025

_____
Cristina D. Silva
United States District Judge