**SUBT**
Tracy M. O'Steen, Esq.
Nevada Bar No. 10949
**CHAMPION LOVELOCK LAW**
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: tosteen@championlawvegas.com

*Attorneys for Interested Parties 7 Star Enterprise, LLC;*
*Terra Firma Consultants, LLC and Capella AI, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and STATE OF NEVADA,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL MARKETS LIVE, INC. et al.,<br><br>Defendants. | Case No. 2:25-cv-00760-CDS-NJK<br><br>SUBSTITUTION ~~SUBSTITUION~~ OF COUNSEL OF RECORD |

Local Rule IA 11-6(c)

Pursuant to ~~EDCR 7.40(b)(1)~~, Donna DiMaggio, Esq. is hereby substituted as attorney of record for 7 Star Enterprise, LLC, ("7 Star"), Terra Firma Consultants, LLC ("TFC") and Capella AI, LLC ("Capella") (collectively hereinafter the "Objecting Parties"), in the place and stead of Donna DiMaggio, Esq. and Tracy M. O'Steen, Esq. of the law firm of Champion Lovelock Law.

///

///

///

1

1  The undersigned client hereby authorizes and consents to the above and foregoing
2  substitution.

Date: 9.16.2025

7 STAR ENTERPRISE, LLC

By: Donald Terry
Its: President

Date: 9.16.2025

TERRA FIRMA CONSULTANTS, LLC

By: Donald Terry
Its: President

Date: 9.16.2025

CAPELLA AI, LLC

By: Donald Terry
Its: President

The undersigned counsel hereby consents to the above and foregoing substitution.

DATED this 17th day of September 2025.

**CHAMPION LOVELOCK LAW**

By: */s/ Tracy M. O'Steen, Esq.*
Tracy M. O'Steen, Esq.
Nevada Bar No. 10949
6600 Amelia Earhart Ct., Suite A
Las Vegas, Nevada 89119
Tel: (702) 805-8450 / Fax: (702) 805-8451
Email: tosteen@championlawvegas.com

2

The undersigned counsel hereby accepts the above and foregoing substitution as attorney for the Objecting Parties.

DATED this 16th day of September 2025.

By: _____
Donna DiMaggio, Esq.
Nevada Bar No. 9794
1198 Simms Avenue
Henderson, Nevada, 89074
Tel: (702) 460-9289
Email: ddm9794@gmail.com

*Attorneys for Interested Parties*
*7 Star Enterprise, LLC, Terra Firma Consultants, LLC and Capella AI, LLC*

IT IS SO ORDERED.
Dated: September 17, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

CHAMPION LOVELOCK LAW
6600 Amelia Earhart Ct., Suite A
Las Vegas, NV 89119