1

2                    UNITED STATES DISTRICT COURT
3                        DISTRICT OF NEVADA

4  Federal Trade Commission and the State of          Case No. 2:25-cv-00760-CDS-NJK
   Nevada,
5                                                      **Order Granting Monitor's First Interim**
                                                       **Application for Fees and Expenses of the**
6                          Plaintiffs                  **Monitor and the Monitor's Professionals**

7  v.

8  International Markets Live, Inc., et al.,           [ECF No. 160]

9                          Defendants

10

11         On October 20, 2025, Court-appointed monitor ("Monitor"), Thomas W. McNamara

12  moved for court approval to pay invoices for fees and expenses related to his appointment as the

13  Monitor, as well as for his professionals for the August 11, 2025 through October 15, 2025 time

14  period. Mot., ECF No. 160. By way of background, Mr. McNamara was appointed as Monitor by

15  the Preliminary Injunction ("PI") entered on August 11, 2025 (ECF No. 104) and this appointment

16  was confirmed by the Modified PI entered August 18, 2025 (ECF No. 111).[1] The PI (Sections

17  XIV(I) and XIX) provide that the Monitor may engage attorneys and other professionals and that

18  the Monitor and professionals fees will be paid from the monitorship estate based on periodic

19  requests to the court, with the first request being filed no later than October 20, 2025. *See* ECF No.

20  111 at 20, 24.

21         The Court has reviewed the Monitor's declaration and supporting documents and is

22  satisfied with the Monitor's application. Further, no objections to the Monitor's request have

23  been filed. Accordingly, finding good cause, I grant the Monitor's motion in full and approve the

24

---

25  [1] While not determinative to the requested relief in this motion, I note that Mr. McNamara's role was
    converted into a Temporary Receiver role on October 21, 2025. *See* Mins., ECF No. 167; Second Mod. PI,
26  ECF No. 171. On November 5, 2025, the court held a hearing on the FTC's emergency motion to for a
    preliminary injunction appointing  permanent receiver. Emerg. Mot., ECF No. 160. That motion was
    granted on the record.

payment of the following requested amounts for fees and expenses: $210,350.00 for the fees and $1,119.00 expenses of the Monitor and staff to be paid to TWM Receiverships, Inc. dba Regulatory Resolutions; $146,159.00 fees and $8,577.00 expenses of the Monitor's counsel, McNamara Smith LLP; $21,525.00 fees and $2,271.10 expenses of the Monitor's Nevada counsel, Clark Hill PLLC; $50,575.00 of the Monitor's accountant Alliance Turnaround Management; and $17,387.50 fees of the Monitor's forensic IT consultant Pixley Forensics Group.

IT IS HEREBY ORDERED that the Monitor's Status Reports [ECF Nos. 140, 158, 163] are accepted in their entirety.

IT IS FURTHER ORDERED that the Monitor's first interim application for fees and expenses for the Monitor and the Monitor's professionals **[ECF No. 160] is GRANTED**.

IT IS FURTHER ORDERED that the following fees and costs are approved:

(1) $210,350.00 in fees and $1,119.00 in expenses for the Monitor and his staff to be paid to TWM Receiverships, Inc. dba Regulatory Resolutions;

(2) $146,159.00 in fees and $8,577.00 in expenses for the Monitor's counsel, McNamara Smith LLP;

(3) $21,525.00 in fees and $2,271.10 in expenses for the Monitor's Nevada counsel, Clark Hill PLLC;

(4) $50,575.00 in fees for the Monitor's accountant Alliance Turnaround Management; and

(5) $17,387.50 in fees for the Monitor's forensic IT consultant Pixley Forensics Group.

Dated: November 12, 2025

_____
Cristina D. Silva
United States District Judge