1  Crane Pomerantz, Esq.
   Nevada Bar No. 14103
2  CLARK HILL PLC
   1700 South Pavilion Center Drive, Suite 500
3  Las Vegas, Nevada 89135
   Telephone: (702) 697-7545
4  Facsimile: (702) 862-8400
   cpomerantz@clarkhill.com
5
   Logan D. Smith (*Pro Hac Vice*)
6  lsmith@mcnamarallp.com
   MCNAMARA SMITH LLP
7  655 West Broadway, Suite 900
   San Diego, California 92101
8  Telephone: (619) 269-0400
   Facsimile: (619) 269-0401
9  *Attorneys for Court-Appointed Receiver,*
   *Thomas W. McNamara*

10

11                      UNITED STATES DISTRICT COURT

12                           DISTRICT OF NEVADA

13  FEDERAL TRADE COMMISSION and          Case No. 2:25-cv-00760-CDS-NJK
    STATE OF NEVADA,
14                Plaintiffs              **Order Granting RECEIVER'S
                                          UNOPPOSED MOTION TO
15  v.                                    CONTINUE DATE FOR RECEIVER'S
                                          INTERIM REPORT AND HEARING**
16  INTERNATIONAL MARKETS LIVE, INC.,
    et al.,                               [ECF No. 197]
17

18                Defendants

19          Court-appointed receiver, Thomas W. McNamara ("Receiver"), respectfully submits this

20  motion to request a brief continuance of the date to submit a status report to the Court regarding

21  the fulfillment of his duties under the Court's recently-entered Preliminary Injunction.  At the

22  November 5 hearing, the Court ordered the Receiver to file a status report by December 2, 2025

23  and set a Status Hearing to take place on December 17, 2025.  *See* ECF No. 192.  The Receiver

24  respectfully requests that consistent with this Court's inherent authority to control the dockets of

25  all cases before it as well as its "extremely broad" authority to manage equity receiverships (*see,*

26  *e.g., SEC v. Hardy*, 803 F.2d 1034, 1037 (9th Cir. 1986)), good cause exists to grant an extension

27  of one week (until December 9, 2025) for the Receiver to file his status report on account of

28  intervening family commitments of the Receiver and his counsel during this coming

1    Thanksgiving week (November 22-29).  The Receiver has consulted with counsel for the

2    Plaintiffs and counsel for the Defendants, and both sides did not object to the requested

3    extension.  Since being appointed on a permanent basis, the Receiver has carried out numerous

4    tasks and will provide a full update for the Court in the forthcoming status report.  To do so, the

5    Receiver respectfully seeks a one-week extension (until December 9, 2025) in light of work on

6    other cases as well as family commitments of the Receiver and counsel during the Thanksgiving

7    week.  Specifically, the undersigned counsel will be out of the office traveling with family

8    during the week of Thanksgiving.

9          Granting this request is well within this Court's power, including its "extremely broad"

10   authority "to supervise an equity receivership and to determine the appropriate action to be taken

11   in [its] administration[.]"  *Hardy*, 803 F.2d at 1037; *see also  SEC v. Amerindo Inv. Advisors*

12   *Inc.*, 2016 WL 10821985, at *2 (S.D.N.Y. May 20, 2016) ("a district court's power to supervise

13   an equity receivership and to determine the appropriate action to be taken in the administration

14   of the receivership is extremely broad") (citing *Hardy*, 803 F.2d at 1037-39); *SEC v. Quiros*, 966

15   F.3d 1195, 1199 (11th Cir. 2020) ("district court has broad powers and wide discretion to

16   determine relief in an equity receivership"); *SEC v. Wealth Mgmt. LLC*, 628 F.3d 323, 332 (7th

17   Cir. 2010) (in supervising an equitable receivership, district court has "broad equitable power");

18   *cf. SEC v. Hickey*, 322 F.3d 1123, 1131 (9th Cir. 2003) ("The Supreme Court has repeatedly

19   emphasized the broad equitable powers of the federal courts to shape equitable remedies to the

20   necessities of particular cases, especially where a federal agent seeks enforcement in the public

21   interest.").

22         Relatedly, the Court scheduled the next status hearing for December 17, which the Court

23   indicated was specifically set to occur two weeks after the filing of the Receiver's status report in

24   order to allow for parties to make any objections to the Status Report.  Should the Court grant the

25   extension to file the status report, the status hearing date must be addressed.  Receiver's counsel

26   discussed the options of maintaining the hearing on December 17, with any objections due by

27   December 16, or requesting a continuance to a date convenient for the Court on Wednesday

28   January 7, 2026 or thereafter.  Counsel for Defendants indicated that it would agree to the filing

1  of a status report on December 9 and holding a hearing on January 7 or after; Plaintiffs did not

2  express a preference between those options.

3      For the foregoing reasons, the Receiver respectfully moves to continue the date to file his

4  next status report from December 2, 2025 to December 9, 2025 and defers to the Court on the

5  setting of the next status hearing.

6  Dated: November 20, 2025                    MCNAMARA SMITH LLP

7

8                                              By:    /s/ Logan D. Smith
                                                   Logan D. Smith (*Pro Hac Vice*)
                                                   655 West Broadway, Suite 900
9                                                  San Diego, California 92101
                                                   lsmith@mcnamarallp.com
10

                                                   Crane Pomerantz
11                                                 Nevada Bar No. 14103
                                                   CLARK HILL PLC
12                                                 1700 S. Pavilion Center Drive, Suite 500
                                                   Las Vegas, Nevada 89135
13                                                 cpomerantz@clarkhill.com

14                                                 *Attorneys for Court-Appointed Receiver,*
                                                   *Thomas W. McNamara*
15

16      The Court having reviewed and considered the above Unopposed Motion to Continue

17  Date for Receiver's Interim Report and Hearing by the Receiver Thomas W. McNamara

18  ("Receiver"), and good cause shown,

19      **IT IS THEREFORE ORDERED** that:

20      1)  The Interim Report of the Receiver is due on December 9, 2025; and

21      2)  The December 17, 2025 status hearing is vacated and continued to

22      January 7, 2026, at 10:00 a.m. in LV Courtroom 6B.

23      Dated: December 2, 2025

24

25                                              Cristina D. Silva
                                                United States District Judge
26

27

28