UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission, et al., <br><br> Plaintiff <br><br> v. <br><br> International Markets Live, Inc. et al., <br><br> Defendants | Case No. 2:25-cv-00760-CDS-NJK <br><br> Order Granting Defendants' Unopposed Motion to Extend Deadline and the Plaintiff's Motion to Appear Remotely, and Resetting Status Hearing <br><br> [ECF Nos. 216, 217] |

Defendants International Markets Live Inc., IM Mastery Academy Ltd., Assiduous, Inc., and Christopher and Isis Terry filed an unopposed motion for extension of time to respond to the plaintiffs' motion for an order to show cause. ECF No. 216. Because the motion is unopposed, *id.* at 2, I grant their request. The defendants' response is due by January 12, 2026, and the reply is due by January 20, 2026. Further, to allow the parties an opportunity to brief this issue, the January 7, 2026 status hearing is vacated and continued to January 23, 2026, at 10:30 a.m.

Next, plaintiff Federal Trade Commission's counsel moves for leave to appear remotely for the January 7, 2026 hearing because they are located in Washington, DC and a Zoom appearance will save travel costs but still allow counsel to participate. ECF No. 217. Although the status hearing is continued, if FTC chooses to appear via Zoom for the January 23, 2026 hearing, its motion is granted.

The parties must be prepared to address the plaintiffs' motion for an order to show cause (ECF No. 215), the defendants' motion to amend (ECF No. 195), and the intervenor's motion for attorney's fees (ECF No. 172) during the January 23rd hearing. Finally, defendants Christopher and Isis Terry are ordered to appear in person for that hearing.

Dated: January 5, 2026

_____
Cristina D. Silva
United States District Judge