Lars K. Evensen
Nevada Bar No. 8061
Jenapher Lin
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

*Attorneys for International Markets Live Inc.,
IM Mastery Academy Ltd., Assiduous, Inc.,
Christopher Terry, Isis Terry*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; and STATE OF NEVADA,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL MARKETS LIVE INC., a corporation, also d/b/a IYOVIA, iMarketsLive, IM Mastery Academy, and IM Academy; IM MASTERY ACADEMY LTD., f/k/a International Markets Live Ltd., a United Kingdom company; ASSIDUOUS, INC., a corporation; GLOBAL DYNASTY NETWORK, LLC., a limited liability company; CHRISTOPHER TERRY, individually and as an owner and officer of International Markets Live Inc.; ISIS TERRY, fka ISIS DE LA TORRE, individually and as an owner and officer of International Markets Live Inc., IM Mastery Academy Ltd., and Assiduous, Inc.; JASON BROWN, individually and as an officer of International Markets Live Inc. and as a member of Global Dynasty Network, LLC; ALEX MORTON, individually and as an officer of International Markets Live Inc.; MATTHEW ROSA, individually and as a member of Global Dynasty Network, LLC; and BRANDON BOYD,<br><br>Defendants. | Case No.: 2:25-cv-00760-CDS-DJA<br><br>**EMERGENCY MOTION TO STAY BRIEFING DEADLINES PENDING ADJUDICATION OF EX PARTE MOTION TO STAY** |

Defendants INTERNATIONAL MARKETS LIVE INC. ("IML"), IM MASTERY ACADEMY LTD. ("IM Academy"), ASSIDUOUS, INC. ("Assiduous"), CHRISTOPHER TERRY

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

1

("Mr. Terry"), and ISIS TERRY ("Ms. Terry") (collectively, as "Defendants"), by and through their undersigned counsel of record, the law firm of Holland & Hart LLP, hereby respectfully submit this Emergency Motion to Stay Briefing Deadlines Pending Adjudication of [231] Ex Parte Motion to Stay.

In accordance with LR 7-4, this matter constitutes an "emergency" for the reasons set forth in Paragraph 7 of the Affidavit of George Kelesis, attached as Exhibit 1 (FILED UNDER SEAL) to Defendants Ex Parte Motion to Stay.

In light of recent events, Defendants respectfully request that the Court grant this Motion and enter an order on shortened time—*i.e.*, on or before February 10, 2026—staying briefing deadlines (in particular, responses due February 10, 2026 re ECF No. 229 and responses to Plaintiffs' brief in support of Motion for Order to Show Cause due February 11, 2026 *see* ECF No. 227) to a reasonable date on or after the adjudication of the pending Ex Parte Motion to Stay (ECF No. 231).

DATED this 4th day of February 2026.

HOLLAND & HART LLP

*/s/ Lars K. Evensen*
Lars K. Evensen
Jenapher Lin
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants International Markets
Live Inc., IM Mastery Academy Ltd.,
Assiduous, Inc., Christopher Terry, Isis Terry*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February 2026, a true and correct copy of the foregoing **EMERGENCY MOTION TO STAY BRIEFING DEADLINES PENDING ADJUDICATION OF EX PARTE MOTION TO STAY** was served by the following method(s):

☑    Electronic: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and/or served on counsel electronically in accordance with the E-service list to the following email addresses:

| | |
|---|---|
| Thomas M. Biesty<br>Laura C. Basford<br>J. Ronald Brooke, Jr.<br>Joshua A. Doan<br>Federal Trade Commission<br>600 Pennsylvania Ave., NW, CC-6316<br>Washington, DC 20580<br>tbiesty@ftc.gov<br>lbasford@ftc.gov<br>jbrooke@ftc.gov<br>jdoan@ftc.gov<br><br>*Attorneys for Federal Trade Commission* | Aaron D. Ford<br>Ernest D. Figueroa<br>Lucas J. Tucker<br>Samantha B. Feeley<br>STATE OF NEVADA, OFFICE OF ATTORNEY GENERAL<br>BUREAU OF CONSUMER PROTECTION<br>8945 W. Russell Road, #204<br>Las Vegas, NV 89148<br>efigueroa@ag.nv.gov<br>ltucker@ag.nv.gov<br>sfeeley@ag.nv.gov<br><br>*Attorneys for State of Nevada* |
| Thomas W. McNamara<br>McNamara Smith LLP<br>655 West Broadway, Suite 900<br>San Diego, CA 92101<br>tmcnamara@mcnamarallp.com<br><br>*Court-Appointed Receiver Pursuant to 3rd Modified Preliminary Injunction (ECF No. 188)* | Crane Pomerantz, Esq.<br>CLARK HILL PLLC<br>1700 S. Pavilion Center Dr., Suite 500<br>Las Vegas, Nevada 89135<br>cpomerantz@clarkhill.com<br><br>*Attorneys for Court-Appointed Receiver Thomas W. McNamara* |
| Dana A. Dwiggins<br>Alexander G. LeVeque<br>Michael P. Desmond<br>SOLOMON DWIGGINS FREER & STEADMAN, LTD.<br>9060 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>ddwiggins@sdfnvlaw.com<br>aleveque@sdfnvlaw.com<br>mdesmond@sdfnvlaw.com<br><br>*Attorney for Proposed Intervenor-Plaintiff, P. Sterling Kerr, Distribution Trustee* | Donna DiMaggio, Esq.<br>1198 Simms Avenue<br>Henderson, Nevada 89074<br>ddimaggio@nvlawfirm.com<br><br>*Attorneys for Interested Parties 7 Star Enterprise, LLC; Terra Firma Consultants, LLC and Capella AI, LLC* |

                                                             /s/ Tiffany Pond
                                                             An Employee of Holland & Hart LLP

36978412_v1

3