UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| Federal Trade Commission, et al., | Case No. 2:25-cv-00760-CDS-DJA |
|---|---|
| Plaintiff | **Order Approving and Confirming Sale of 678 Dragon Point Drive, Henderson, Nevada [Lot 17]** |
| v. | |
| International Markets Live, Inc. et al., | [ECF No. 244] |
| Defendants | |

Having read and considered the Receiver's motion for an order approving and confirming the sale of 678 Dragon Point Drive, Henderson, Nevada (ECF No. 244), including the Receiver's declaration (ECF No. 244-1), the defendants' non-opposition (ECF No. 246), and good cause appearing therefore:

IT IS HEREBY ORDERED that the Receiver's motion for an order approving and confirming the sale of 678 Dragon Point Drive, Henderson, Nevada **[ECF No. 244] is GRANTED**.

IT IS FURTHER ORDERED that that the sale of real property located at 678 Dragon Point Drive, Henderson, Nevada 89012 ("Lot 17"), for $3.85 million, with a close of escrow on February 27, 2026, is approved and confirmed without further notice, publication, hearing, order, or overbidding, and is deemed sufficient pursuant to 28 U.S.C. § 2001.

IT IS FURTHER ORDERED that, without need for any additional court order, the Receiver is authorized to execute and deliver all additional instruments and documents that may be reasonably necessary or desirable to implement the sale of Lot 17 and empowered to perform and implement the sale of Lot 17.

Dated: February 17, 2026

_____
Cristina D. Silva
United States District Judge