Lars K. Evensen
Nevada Bar No. 8061
Jenapher Lin
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

*Attorneys for International Markets Live Inc.,
IM Mastery Academy Ltd., Assiduous, Inc.,
Christopher Terry, Isis Terry*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; and STATE OF NEVADA,<br><br>          Plaintiffs<br><br>v.<br><br>INTERNATIONAL MARKETS LIVE INC., a corporation, also d/b/a IYOVIA, iMarketsLive, IM Mastery Academy, and IM Academy; IM MASTERY ACADEMY LTD., f/k/a International Markets Live Ltd., a United Kingdom company; ASSIDUOUS, INC., a corporation; GLOBAL DYNASTY NETWORK, LLC., a limited liability company; CHRISTOPHER TERRY, individually and as an owner and officer of International Markets Live Inc.; ISIS TERRY, fka ISIS DE LA TORRE, individually and as an owner and officer of International Markets Live Inc., IM Mastery Academy Ltd., and Assiduous, Inc.; JASON BROWN, individually and as an officer of International Markets Live Inc. and as a member of Global Dynasty Network, LLC; ALEX MORTON, individually and as an officer of International Markets Live Inc.; MATTHEW ROSA, individually and as a member of Global Dynasty Network, LLC; and BRANDON BOYD,<br><br>          Defendants | Case No.: 2:25-cv-00760-CDS-DJA<br><br>**Order Granting**<br>**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE ON CONFLICT ISSUE (FIRST REQUEST)**<br><br>[ECF No. 258] |

Defendants INTERNATIONAL MARKETS LIVE INC. ("IML"), IM MASTERY ACADEMY LTD. ("IM Academy"), ASSIDUOUS, INC. ("Assiduous"), CHRISTOPHER TERRY ("Mr. Terry"), and ISIS TERRY ("Ms. Terry") (collectively, as "Defendants"), by and through their undersigned counsel of record, the law firm of Holland & Hart LLP, hereby respectfully submit this *Unopposed Motion to Extend Briefing Schedule on Conflict Issue* (the "Motion") by fourteen (14) days—**from March 5 to March 19, 2026**—which is the first requested extension thereto, as follows:

1.    On February 19, 2026, the Court held a sealed status check, at the conclusion of which the Court instructed Defendants to brief a certain conflict of interest issue for the Court's resolution within 14 days.

2.    Defendants' brief is currently due on or before March 5, 2026.

3.    Defendants and Plaintiffs FEDERAL TRADE COMMISSION and STATE OF NEVADA (collectively, as "Plaintiffs") have been engaged in settlement discussions and would like to continue to focus their efforts on settlement negotiations.  As such, Defendants respectfully request a fourteen (14) day extension to the current briefing schedule—**from March 5 to March 19, 2026.**

. . .

. . .

. . .

. . .

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

4.    Receiver (and counsel for Receiver) do not oppose Defendants' requested extension.

5.    Plaintiffs do not oppose Defendants' requested extension.

6.    Accordingly, Defendants move this Court for an order granting the same.

7.    This Motion is made in good faith and not for improper purposes or to cause undue delay.

DATED this 4th day of March 2026.

HOLLAND & HART LLP

/s/ Lars K. Evensen
Lars K. Evensen
Jenapher Lin
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants International Markets Live Inc., IM Mastery Academy Ltd., Assiduous, Inc., Christopher Terry, Isis Terry*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:  March 4, 2026

3