Lars K. Evensen
Nevada Bar No. 8061
Jenapher Lin
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

*Attorneys for International Markets Live Inc.,
IM Mastery Academy Ltd., Assiduous, Inc.,
Christopher Terry, Isis Terry*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; and STATE OF NEVADA, | Case No.: 2:25-cv-00760-CDS-DJA |
| Plaintiffs | **Order Granting UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE ON CONFLICT ISSUE (SECOND REQUEST)** |
| v. | [ECF No. 267] |
| INTERNATIONAL MARKETS LIVE INC., a corporation, also d/b/a IYOVIA, iMarketsLive, IM Mastery Academy, and IM Academy; IM MASTERY ACADEMY LTD., f/k/a International Markets Live Ltd., a United Kingdom company; ASSIDUOUS, INC., a corporation; GLOBAL DYNASTY NETWORK, LLC., a limited liability company; CHRISTOPHER TERRY, individually and as an owner and officer of International Markets Live Inc.; ISIS TERRY, fka ISIS DE LA TORRE, individually and as an owner and officer of International Markets Live Inc., IM Mastery Academy Ltd., and Assiduous, Inc.; JASON BROWN, individually and as an officer of International Markets Live Inc. and as a member of Global Dynasty Network, LLC; ALEX MORTON, individually and as an officer of International Markets Live Inc.; MATTHEW ROSA, individually and as a member of Global Dynasty Network, LLC; and BRANDON BOYD, | |
| Defendants | |

Defendants INTERNATIONAL MARKETS LIVE INC. ("IML"), IM MASTERY ACADEMY LTD. ("IM Academy"), ASSIDUOUS, INC. ("Assiduous"), CHRISTOPHER TERRY

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

("Mr. Terry"), and ISIS TERRY ("Ms. Terry") (collectively, as "Defendants"), by and through their undersigned counsel of record, the law firm of Holland & Hart LLP, hereby respectfully submit this *Unopposed Motion to Extend Briefing Schedule on Conflict Issue* (the "Motion") by seven (7) days—**from March 19 to March 26, 2026**—which is the second requested extension thereto, as follows:

1.    On February 19, 2026, the Court held a sealed status check, at the conclusion of which the Court instructed Defendants to brief a certain conflict of interest issue for the Court's resolution within 14 days.

2.    On March 4, 2026, the Court granted Defendants' *Unopposed Motion to Extend Briefing Schedule on Conflict Issue (1st Request)* (ECF No. 259).

3.    Defendants' brief is currently due on or before March 19, 2026.

4.    Defendants and Plaintiffs FEDERAL TRADE COMMISSION and STATE OF NEVADA (collectively, as "Plaintiffs") have been engaged in settlement discussions, which have been positive, and would like to continue to focus their efforts on settlement negotiations. As such, Defendants respectfully request another seven (7) day extension to the current briefing schedule—**from March 19 to March 26, 2026.**

5.    Receiver does not oppose Defendants' requested extension.

6.    Plaintiffs do not oppose Defendants' requested extension.

7.    Accordingly, Defendants move this Court for an order granting the same.

/ / /

/ / /

/ / /

/ / /

2

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

8.    This Motion is made in good faith and not for improper purposes or to cause undue delay.

DATED this 19th day of March 2026.

HOLLAND & HART LLP

/s/ Lars K. Evensen
Lars K. Evensen
Jenapher Lin
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants International Markets Live Inc., IM Mastery Academy Ltd., Assiduous, Inc., Christopher Terry, Isis Terry*

*Federal Trade Commission et al. v. International Markets Live, Inc. et al.*
Case No. 2:25-cv-00760-CDS-DJA
Order Granting Unopposed Motion to Briefing Schedule on Conflict Issue (Second Request)

**IT IS SO ORDERED:**
No further requests for an extension of time will be granted.

UNITED STATES DISTRICT JUDGE

DATED:  March 19, 2026