Crane Pomerantz, Esq.
Nevada Bar No. 14103
**CLARK HILL PLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 697-7545
Facsimile: (702) 862-8400
cpomerantz@clarkhill.com

Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
**MCNAMARA SMITH LLP**
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 269-0400
Facsimile: (619) 269-0401

*Attorneys for Court-Appointed Receiver,*
*Thomas W. McNamara*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION and STATE OF NEVADA,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL MARKETS LIVE, INC., et al.,<br><br>Defendants. | Case No.: 2:25-cv-00760-CDS-DJA<br><br>**SECOND STIPULATION AND ORDER REGARDING CERTAIN NON-PARTY CLAIMS INVOLVING 678 DRAGON POINT DRIVE**<br><br>[ECF No. 270] |

The Receiver, Thomas McNamara, hereby stipulates with non-party PA18L1, LLC ("PA18L1") via its counsel Spencer Gunnerson of Kemp Jones, LLP as follows:

1.  The Receiver and PA18L1 previously entered into a stipulation (ECF 252) that provided, among other things, that PA18L1 would have 25 days after approval of the stipulation within which to file an objection or other response to the Court's Order Approving Sale of Property (ECF 244). The Court approved the stipulation via an Order (ECF 253).

2.  The Receiver and PA18L1 are exploring potential resolution of the issues between them, and therefore stipulate to enlarge the date on which PA18L1 may file

an objection or other appropriate document seeking to establish its position as to Build Clock and Anti-Speculation Liquidated Damages as to the Property.

3.    The original due date was March 24, 2026, and the new due date shall be April 7, 2026.

**IT IS SO STIPULATED.**

Dated: March 19, 2026

| MCNAMARA SMITH LLP | KEMP JONES, LLP |
|---|---|
| By: /s/ *Logan D. Smith* | By: /s/ *Curtt Pau* |
| Logan D. Smith (Pro Hac Vice)<br>655 West Broadway, Suite 900<br>San Diego, California 92101 | Spencer H. Gunnerson, Esq.<br>Nevada Bar No. 8810<br>Camille Laude, Esq.<br>Nevada Bar No. 17236<br>3800 Howard Hughes Pkwy., 17th Floor<br>Las Vegas, Nevada 89169 |
| and | |
| CLARK HILL PLC<br>Crane Pomerantz, Esq.<br>Nevada Bar No. 14103<br>1700 South Pavilion Center Drive,<br>Suite 500<br>Las Vegas, Nevada 89135 | *Attorneys for Non-Party PA18L1, LLC* |
| *Attorneys for Court-Appointed Receiver, Thomas W. McNamara* | |

**IT IS SO ORDERED.**

United States District Judge
Dated: March 25, 2026

2