BRIANNA SMITH, ESQ., Bar No. 11795
bsmith@bhfs.com
ASHLEY N. SCHOBERT, ESQ., Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Court Appointed Receiver*
*Thomas W. McNamara*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and STATE OF NEVADA,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL MARKETS LIVE, INC., et al.<br><br>Defendants. | CASE NO.: 2:25-cv-00760-CDS-NJK<br><br>**MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD FOR COURT APPOINTED RECEIVER THOMAS W. MCNAMARA** |

Pursuant to Local Rule 11-6, Brianna Smith, Esq. and Ashley N. Schobert, Esq. of Brownstein Hyatt Farber Schreck, LLP, hereby moves to substitute as counsel of record for Court Appointed Receiver Thomas W. McNamara, in place of Crane M. Pomerantz, Esq. of the law firm Clark Hill PLC.

Logan D. Smith, of McNamara Smith LLP, will remain as *pro hac vice* counsel of record for Count-Appointed Receiver Thomas W. McNamara.

The undersigned client hereby authorizes and consents to this substitution.

Dated this 20th day of March, 2026.

By: _____
THOMAS W. MCNAMARA
655 West Broadway, Suite 900
San Diego, CA 92101
(619) 269-0400
*Court Appointed Receiver*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

50892565

The undersigned counsel hereby consents to this substitution.

Dated this 20th day of March, 2026.

CLARK HILL PLLC

By:    /s/ Crane Pomerantz
CRANE POMERANTZ, ESQ., NV Bar No. 14103
1700 South Pavilion Center Drive, Suite 500
Las Vegas, NV  89135
(702) 697-7545
cpomerantz@clarkhill.com

The undersigned counsel hereby accepts this substitution as attorney for Court Appointed Receiver Thomas W. McNamara.

Dated this 20th day of March, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By:    /s/ Brianna Smith
BRIANNA SMITH, ESQ., NV Bar No. 11795
bsmith@bhfs.com
ASHLEY N. SCHOBERT, ESQ., NV Bar No. 16317
aschobert@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614

*Attorneys for Court Appointed Receiver*
*Thomas W. McNamara*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date:  March 25, 2026

Page 2 of 2

50892565

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101