UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission, et al., | Case No. 2:25-cv-00760-CDS-EJY |
| Plaintiff | **Order to Show Cause** |
| v. | |
| International Markets Live, Inc. et al., | |
| Defendants | |

On January 26, 2026, following a hearing on the plaintiffs' motion for an order to show cause against the defendants (ECF No. 215), I granted the motion and ordered the defendants to file a supplemental brief by February 11, 2026, to "address the alleged violations and explain why this court should not issue a show cause order against them for failing to comply with the preliminary injunction." Order, ECF No. 228 at 1. In that same order, I directed Isis Terry to show cause why she failed to appear at the hearing and to provide any relevant information regarding her efforts to travel and comply with my January 5, 2026 order to appear. *Id.* at 1–2. Before the February 11, 2026 deadline, the defendants filed an "emergency" motion to stay the case. *See* ECF No. 237. Based on those representations, I entered what was intended to be a brief stay. *See* Min. order, ECF No. 238. Thereafter, the court held sealed hearings to gather additional information regarding the requested "emergency stay." At the conclusion of one hearing, I ordered the defendants to file a brief addressing an alleged conflict of interest by March 5, 2026.

On March 4, 2026, the defendants submitted an unopposed motion to extend the March 5th briefing deadline to March 19, 2026. Unopp. mot. 1, ECF No. 256. I granted that motion. Order, ECF No. 259. On March 19, 2026, the defendants submitted a second unopposed motion to extend the briefing deadline from March 19 to March 26, 2026. Unopp. mot. 2, ECF No. 267. That motion was also granted, however, the order stated "[n]o further requests for extension of time will be granted." Order, ECF No. 268. Despite the previous order, defendants submitted a

third unopposed motion to extend the briefing schedule on March 25, 2026. Unopp. mot. 3, ECF No. 273. On March 25, 2026, I denied the motion and ordered the defendants to file the brief by March 26, 2026. Min. order, ECF No. 274. The defendants failed to comply. Instead, they filed a "status report," representing that it is unclear whether any on-going or future conflicts of interests exist. ECF No. 277 at 3.

Approximately two months have passed since the alleged conflict of interest issue was brought to the court's attention. Because the alleged conflict formed the basis for the defendants' "emergency" motion to stay, the defendants were aware of it before raising it with the court. But to date, however, they have failed to fully and properly address the issue so it may be resolved. Either a conflict of interest existed that necessitated the "emergency" motion to stay, or it did not; in other words, either the "emergency" motion was filed in good faith, or it was not. Counsels' willful disregard of this court's order to brief the issue suggests the latter.

Therefore, attorneys Lars K. Evensen and Jenapher Lin are ordered to appear on April 2, 2026, at 10:00 a.m., in LV Courtroom 6B, to show cause why they should not be sanctioned for failing to comply with the court's order to file a brief addressing the alleged conflict of interest by March 26, 2026, and further to explain why an "emergency" motion to stay was filed.

Dated: March 27, 2026

_____
Cristina D. Silva
United States District Judge

2