Thomas M. Biesty
NY Bar No. 4172896; (202) 326-3043; tbiesty@ftc.gov
Laura C. Basford
DC Bar No. 993645; (202) 326-2343; lbasford@ftc.gov
J. Ronald Brooke, Jr.
MD Bar No. 0202280002; (202) 326-3484; jbrooke@ftc.gov
Joshua A. Doan
DC Bar No. 490879; (202) 326-3187; jdoan@ftc.gov
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
Attorneys for Plaintiff Federal Trade Commission

Aaron D. Ford, Attorney General
Ernest D. Figueroa, Consumer Advocate
Lucas J. Tucker
NV Bar No. 10252; (702) 486-3256; ltucker@ag.nv.gov
Samantha B. Feeley
NV Bar No. 14034; (702) 486-3789; sfeeley@ag.nv.gov
State of Nevada, Office of the Attorney General
Bureau of Consumer Protection
8945 W. Russell Road, #204
Las Vegas, NV 89148
Attorneys for Plaintiff State of Nevada

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, and **STATE OF NEVADA**, <br><br> Plaintiffs, <br><br> v. <br><br> **INTERNATIONAL MARKETS LIVE, INC.**, et al., <br><br> Defendants. | **Case No. 2:25-cv-00760-CDS-EJY** <br><br> **JOINT NOTICE REGARDING PROPOSED SETTLEMENT AND MOTION FOR PARTIAL STAY FOR 60 DAYS WHILE PROPOSED SETTLEMENT IS REVIEWED BY THE FEDERAL TRADE COMMISSION** |

1

The Federal Trade Commission ("FTC" or "Commission") and State of Nevada (together, "Plaintiffs") and Defendants International Markets Live, Inc., IM Mastery Academy Ltd., Assiduous, Inc., Christopher Terry, and Isis Terry (collectively, "IML Defendants") respectfully submit this joint notice and motion requesting a partial stay of deadlines in this matter for sixty (60) days. Plaintiffs and IML Defendants request this partial stay so that counsel for the FTC can seek Commission approval of a proposed stipulated final order for permanent injunction and monetary judgment to resolve all Plaintiffs' claims as to IML Defendants, and 24 proposed relief defendants. In support of this Motion, the parties hereto state the following:

1. On May 1, 2025, Plaintiffs filed their redacted Complaint for Permanent Injunction, Monetary Judgment, and Other Relief (ECF No. 1) charging IML Defendants and five other defendants with violations of the FTC Act, the Telemarketing Sales Rule, the Restore Online Shoppers' Confidence Act, and certain Nevada statutes.

2. On May 7, 2025, IML Defendants agreed to waive service of the Complaint and Summonses. (ECF Nos. 15-18, 20).

3. On May 30, 2025, Plaintiffs filed their Motion for a Preliminary Injunction against all Defendants (ECF No. 42).

4. On July 7, 2025, IML Defendants filed their Answer and Affirmative Defenses to the Complaint (ECF No. 78).

5. On August 8, 2025, the Court granted Plaintiffs' Motion for a Preliminary Injunction (ECF No. 101). Subsequently, the preliminary injunction was modified three times (ECF Nos. 111, 171, and 188).

6. On January 27, 2026, Plaintiffs filed a Motion for Leave to File a First Amended Complaint (ECF No. 229). Plaintiffs' amended complaint would add 27 relief defendants to this

action. By this joint motion, IML Defendants represent that they do not oppose Plaintiffs' pending Motion for Leave to File a First Amended Complaint.

7.   On January 30, 2026, IML Defendants filed an *Ex Parte* Motion to Stay this action (ECF No. 231). On February 4, 2026, IML Defendants filed an Emergency Motion to Stay Briefing Deadlines Pending Adjudication of *Ex Parte* Motion to Stay (ECF No. 237). On February 4, 2026, the Court granted IML Defendants' emergency motion (ECF No. 238). On February 12, 2026, at the conclusion of an *in camera* hearing, the Court extended a stay of this action until further notice by the Court.

8.   Plaintiffs' counsel and counsel for IML Defendants have engaged in settlement negotiations, and IML Defendants have now signed a proposed stipulated final order that includes provisions for permanent injunctive and monetary relief. The proposed stipulated final order would also resolve Plaintiffs' claims against 24 of the 27 proposed relief defendants which Plaintiffs have sought to add as relief defendants to this case in their pending unopposed Motion for Leave to File a First Amended Complaint.

9.   All settlements negotiated by FTC counsel must be approved by vote of the Commission. FTC counsel estimates that the Commission's consideration of the proposed stipulated final order could take up to 60 days.[1]  If the proposed stipulated final order is approved by the Commission, Plaintiffs will submit it to the Court for approval.

10. If the Commission approves the proposed stipulated final order, further litigation of this case will be unnecessary as to IML Defendants, and 24 proposed relief defendants. Accordingly, a stay of all deadlines in this matter, except for Plaintiffs' pending unopposed Motion for Leave to File a First Amended Complaint, would serve the interest of judicial economy and conserve the parties' resources.

---

[1]  Review and approval by the State of Nevada is significantly more streamlined.

WHEREFORE, Plaintiffs and IML Defendants respectfully request that the Court grant this Motion and stay all deadlines in this matter relating to Plaintiffs' claims as to IML Defendants for 60 days except for Plaintiffs' pending unopposed Motion for Leave to File a First Amended Complaint (ECF No. 229).

Respectfully submitted,

Dated: April 2, 2026

/s/ *Joshua A. Doan*
THOMAS M. BIESTY
LAURA C. BASFORD
J. RONALD BROOKE, JR.
JOSHUA A. DOAN
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
(202) 326-3043 (Biesty)
(202) 326-2343 (Basford)
(202) 326-3484 (Brooke)
(202) 326-3187 (Doan)
Email: tbiesty@ftc.gov; lbasford@ftc.gov;
jbrooke@ftc.gov; jdoan@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION


AARON D. FORD
Attorney General

ERNEST D. FIGUEROA
Consumer Advocate

LUCAS J. TUCKER
SAMANTHA B. FEELEY
Office of the Nevada Attorney General
8945 West Russell Road, Suite #204
Las Vegas, NV 89148
(702) 486-3256 (Tucker)

/s/ *Lars K. Evensen*
LARS K. EVENSEN
Nevada Bar No. 8061
JENAPHER LIN
Nevada Bar No. 14233
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
Fax: (702) 669-4650
lkevensen@hollandhart.com
jlin@hollandhart.com

Attorneys for Defendants
INTERNATIONAL MARKETS LIVE, INC.
IM MASTERY ACADEMY LTD.
ASSIDUOUS, INC.
CHRISTOPHER TERRY
ISIS TERRY

(702) 486-3789 (Feeley)
Email: ltucker@ag.nv.gov;
sfeeley@ag.nv.gov

Attorneys for Plaintiff
STATE OF NEVADA

5