Brianna Smith, Esq., Bar No. 11795
bsmith@bhfs.com
Ashley N. Schobert, Esq., Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 269-0400
Facsimile: (619) 269-0401

*Attorneys for Court-Appointed Receiver,*
*Thomas W. McNamara*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION and STATE OF NEVADA,<br><br>Plaintiffs<br><br>v.<br><br>INTERNATIONAL MARKETS LIVE, INC., et al.,<br><br>Defendants | Case No.: 2:25-cv-00760-CDS-EJY<br><br>**THIRD STIPULATION AND ORDER REGARDING CERTAIN NON-PARTY CLAIMS INVOLVING 678 DRAGON POINT DRIVE**<br><br>[ECF No. 293] |

The Receiver, Thomas McNamara, hereby stipulates with non-party PA18L1, LLC ("PA18L1") via its counsel Spencer Gunnerson of Kemp Jones, LLP as follows:

1.    The Receiver and PA18Ll previously entered into a stipulation (ECF 252) that provided, among other things, that PA18Ll would have 25 days after approval of the stipulation within which to file an objection or other response to the Court's Order Approving Sale of Property (ECF 244). The Court approved the stipulation via an Order (ECF 253).

2.    A second stipulation modifying briefing deadlines was approved by the Court (ECF 275).

3.    The Receiver and PA18L1 continue to explore potential resolution of the issues and continue to evaluate each other's respective positions as to these matters, and therefore stipulate to enlarge the date on which PA18L1 may file an objection or other appropriate document seeking to establish its position as to Build Clock and Anti-Speculation Liquidated Damages as to the Property.

[Paragraph 4 and signature lines on next page]

4.     The Receiver and PA18L1 now stipulate to the following briefing schedule: a) PA18L1's brief shall come due on May 22, 2026; b) the Receiver's response brief shall come due June 22, 2026; and, c) PA18L1's reply brief shall come due on July 13, 2026.

**IT IS SO STIPULATED.**

Dated: April 3rd, 2026

MCNAMARA SMITH LLP

By: /s/   Logan D. Smith
_____
    Logan D. Smith (Pro Hac Vice)
    655 West Broadway, Suite 900
    San Diego, California 92101

    and

BRIANNA SMITH, ESQ.
Nevada Bar No. 11795
bsmith@bhfs.com
ASHLEY N. SCHOBERT, ESQ.
Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys    for    Court-Appointed Receiver, Thomas W. McNamara*

KEMP JONES, LLP

By: /s/ _____
    Spencer H. Gunnerson, Esq.
    Nevada Bar No. 8810
    Camille Laude, Esq.
    Nevada Bar No. 17236
    3800 Howard Hughes Pkwy., 17th Floor
    Las Vegas, Nevada 89169

*Attorneys for Non-Party PA18L1, LLC*

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 8, 2026

3