**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Federal Trade Commission, and State of
Nevada

          Plaintiff(s),

   vs.

International Markets Live, Inc., et al.

          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case # 2:25-cv-00760 -CDS-EJY

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00
[ECF No. 305]

_____Sean Michael Aasen_____, Petitioner, respectfully represents to the Court:
      (name of petitioner)

   1.    That Petitioner is an attorney at law and a member of the law firm of

_____Porter Wright Morris & Arthur LLP_____
                   (firm name)

with offices at _____2020 K Street NW, Suite 600_____,
                           (street address)

_____Washington_____, _____District of Columbia_____, ___20006___,
     (city)                       (state)         (zip code)

___(202) 778-3038___, ___saasen@porterwright.com___.
(area code + telephone number)     (Email address)

   2.    That Petitioner has been retained personally or as a member of the law firm by

_____Alex Morton (defendant)_____ to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since ___December 12, 2011___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| California | December 12, 2011 | 281035 |
| District of Columbia | February 3, 2014 | 1018304 |
| U.S. District Court for the District of Columbia | September 9, 2024 | D00397 |
| U.S. Court of Appeals for the D.C. Circuit | April 30, 2015 | 55962 |
| U.S. Court of Appeals for the Federal Circuit | August 1, 2024 | N/A |
| Supreme Court of the United States of America | June 18, 2018 | N/A |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> none

7.    That Petitioner is a member of good standing in the following Bar Associations.

> none

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  District of Columbia  )
                                )
COUNTY OF  District of Columbia )

_____ Sean Michael Aasen _____ , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__14th__ day of __April__ , __2026__ .

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Kelley K. Moes, Esq.__ ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Kelley Moes Law, LLC
8275 S. Eastern Ave., Suite 200-425
_____ ,
(street address)

Las Vegas _____ , Nevada _____ , 89123 ____ ,
(city)                       (state)              (zip code)

(702) 996-1123 _____ , attorney@kelleymoeslaw.com ____ .
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Kelley K. Moes, Esq. _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Alex Morton*
_____
(party's signature)

Alex Morton
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Kelley K Moes, Esq.*

_____
Designated Resident Nevada Counsel's signature

12768                              attorney@kelleymoeslaw.com
_____
Bar number                        Email address

APPROVED:

Dated:  April 17, 2026

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16