# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION and
STATE OF NEVADA,

Plaintiffs

v.

INTERNATIONAL MARKETS LIVE, INC.,
et al.,

Defendants

Case No. 2:25-cv-00760-CDS- EJY

**ORDER APPROVING AND
CONFIRMING SALE OF M/Y
HARMONIC WAVES YACHT**

[ECF No. 331]

Having read and considered the Receiver's Motion for Order Approving and Confirming the Sale of M/Y Harmonic Waves Yacht, Defendants' response, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Motion for Order Approving and Confirming the Sale of M/Y Harmonic Waves Yacht **[ECF No. 331] is GRANTED**.

IT IS FURTHER ORDERED that the sale of the M/Y Harmonic Waves Yacht, for $1,3500,000 is approved and confirmed without further notice, publication, hearing, order, or overbidding and is deemed sufficient pursuant to 28 U.S.C. § 2001.

IT IS FURTHER ORDERED that, without need for any additional Court order, the Receiver is authorized to execute and deliver all additional instruments and documents that may be reasonably necessary or desirable to implement the sale and empowered to perform and implement the sale of M/Y Harmonic Waves Yacht.

Dated: April 21, 2026

Hon. Cristina D. Silva
United States District Judge