Brianna Smith, Esq., Bar No. 11795
bsmith@bhfs.com
Ashley N. Schobert, Esq., Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 269-0400
Facsimile: (619) 269-0401
*Attorneys for Court-Appointed Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION and STATE OF NEVADA,<br><br>           Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL MARKETS LIVE, INC., et al.,<br><br>           Defendants. | Case No. 2:25-cv-00760-CDS-EJY<br><br>**DECLARATION OF THOMAS W. MCNAMARA IN SUPPORT OF RECEIVER'S MOTION FOR ORDER APPROVING AND CONFIRMING SALE OF 595 AND 599 GRAND RIM DRIVE, HENDERSON, NEVADA [LOTS 147 AND 148]**<br><br>JUDGE:    Hon. Cristina D. Silva |

I, Thomas W. McNamara, hereby declare as follows:

1.    I was initially appointed Monitor in this matter by the Preliminary Injunction entered August 11, 2025 (ECF No. 104) and the appointment confirmed by the Modified Preliminary Injunction entered August 18, 2025 (ECF No. 111).  Subsequently, on October 28, 2025, the Court entered a Second Modified Preliminary Injunction converting my role as Monitor into that of a Receiver (ECF No. 171) and this appointment was confirmed by the Third Modified Preliminary Injunction ("PI") entered on November 7, 2025 (ECF No. 188).  I have personal knowledge of the facts set forth in this declaration except where, as noted, those facts have been obtained by staff acting at my direction.  If called as a witness, I could and would competently testify to the facts stated herein.

2.    I make this Declaration in support of the Motion for Order Approving and Confirming Sale of 595 and 599 Grand Rim Drive, Henderson, Nevada (Lots 147 and 148).

3.    Attached hereto as **Exhibit 1** is a true and correct copy of the Appraisal of 595 Grand Rim Drive, Henderson, Nevada 89012 (Lot 147), prepared by R. Scott Dugan Appraisal Co. Inc. on February 2, 2026.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of the Appraisal of 599 Grand Rim Drive, Henderson, Nevada 89012 (Lot 148), prepared by R. Scott Dugan Appraisal Co. Inc. on February 2, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of April, 2026, in San Diego, California.

Thomas W. McNamara

1

**EXHIBIT INDEX**

| **Exhibit** | | **Page** |
|---|---|---|
| 1 | Appraisal of 595 Grand Rim Drive, Henderson, Nevada (February 2, 2026) | 1 |
| 2 | Appraisal of 599 Grand Rim Drive, Henderson, Nevada (February 2, 2026) | 29 |

i