**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al, | Case No. 2:25-cv-00760-CDS-DJA |
| Plaintiffs | **ORDER APPROVING AND CONFIRMING SALE OF 595 AND 599 GRAND RIM DRIVE, HENDERSON, NEVADA [LOTS 147 AND 148]** |
| v. | |
| INTERNATIONAL MARKETS LIVE, INC., et al., | [ECF No. 334] |
| Defendants | |

Having read and considered the Receiver's Motion for Order Approving and Confirming Sale of 595 and 599 Grand Rim Drive, Henderson, Nevada, including the Receiver's Declaration, Defendants' opposition, if any, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Receiver's Motion for Order Approving and Confirming Sale of 595 and 599 Grand Rim Drive, Henderson, Nevada **[ECF No. 334] is GRANTED.**

IT IS FURTHER ORDERED that the sale of the two pieces of real property located at 595 Grand Rim Drive, Henderson, Nevada 89012 ("Lot 147"), for $1,900,000 and 599 Grand Rim Drive, Henderson, Nevada 89012 ("Lot 148"), for $2,075,000, is approved and confirmed without further notice, publication, hearing, order, or overbidding and is deemed sufficient pursuant to 28 U.S.C. § 2001.

IT IS FURTHER ORDERED that, without need for any additional Court order, the Receiver is authorized to execute and deliver all additional instruments and documents that may be reasonably necessary or desirable to implement the sale of Lots 147 and 148 and empowered to perform and implement the sale of Lots 147 and 148.

Dated: April 23, 2026

_____
Cristina D. Silva
United States District Judge