UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION and STATE OF NEVADA, | Case No. 2:25-cv-00760-CDS-EJY |
| Plaintiffs, | ~~[PROPOSED]~~ **ORDER GRANTING RECEIVER'S MOTION FOR LEAVE TO FILE *EX PARTE* AND UNDER SEAL** |
| v. | |
| INTERNATIONAL MARKETS LIVE, INC., et al., | |
| Defendants. | |

Having read and considered the Receiver's Motion for Leave to File *Ex Parte* and Under Seal, Defendants' opposition, if any, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Receiver's Motion for Leave to File *Ex Parte* and Under Seal (ECF Nos. 338, 339) is GRANTED.

IT IS FURTHER ORDERED that the Receiver's *Ex Parte* Emergency Motion to Take Possession of Receivership Assets shall be sealed on the grounds it contains information that may hinder the Receiver's ability to take possession of receivership assets.

IT IS SO ORDERED.

DATED this 27th day of April, 2026.

_____
Hon. Elayna J. Youchah
United States Magistrate Judge

1