**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION and
STATE OF NEVADA,

                Plaintiffs

v.

INTERNATIONAL MARKETS LIVE, INC.,
et al.,

                Defendants

Case No. 2:25-cv-00760-CDS-EJY

**ORDER GRANTING RECEIVER'S
MOTION FOR LEAVE TO FILE
*EX PARTE***

[ECF No. 338

    Having read and considered the Receiver's Motion for Leave to File *Ex Parte* and Under Seal, with good cause appearing,

    IT IS HEREBY ORDERED that the Receiver's Motion for Leave to File *Ex Parte* **[ECF No. 338] is GRANTED**.

    IT IS FURTHER ORDERED that the Receiver's *Ex Parte* Emergency Motion to Take Possession of Receivership Assets is sealed on the grounds it contains information that may hinder the Receiver's ability to take possession of receivership assets.

    Dated: April 27, 2026

_____
Cristina D. Silva
United States District Judge