**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and STATE OF NEVADA,<br><br>                    Plaintiffs<br><br>v.<br><br>INTERNATIONAL MARKETS LIVE, INC., et al.,<br><br>                    Defendants | Case No. 2:25-cv-00760-CDS-EJY<br><br>**ORDER GRANTING RECEIVER'S MOTION FOR LEAVE TO FILE UNDER SEAL**<br><br>[ECF No. 339] |

Having read and considered the Receiver's Motion for Leave to File *Ex Parte* and Under Seal, with good cause appearing,

IT IS HEREBY ORDERED that the Receiver's Motion for Leave to File Under Seal **[ECF No. 339] is GRANTED**.

IT IS FURTHER ORDERED that the Receiver's *Ex Parte* Emergency Motion to Take Possession of Receivership Assets is sealed on the grounds it contains information that may hinder the Receiver's ability to take possession of receivership assets.

Dated: April 27, 2026

_____
Cristina D. Silva
United States District Judge