Lars K. Evensen
Nevada Bar No. 8061
Jenapher Lin
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlin@hollandhart.com

*Attorneys for International Markets Live Inc.,
IM Mastery Academy Ltd., Assiduous, Inc.,
Christopher Terry, Isis Terry*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; and STATE OF NEVADA, <br><br> Plaintiffs <br><br> v. <br><br> INTERNATIONAL MARKETS LIVE INC., a corporation, also d/b/a IYOVIA, iMarketsLive, IM Mastery Academy, and IM Academy; IM MASTERY ACADEMY LTD., f/k/a International Markets Live Ltd., a United Kingdom company; ASSIDUOUS, INC., a corporation; GLOBAL DYNASTY NETWORK, LLC., a limited liability company; CHRISTOPHER TERRY, individually and as an owner and officer of International Markets Live Inc.; ISIS TERRY, fka ISIS DE LA TORRE, individually and as an owner and officer of International Markets Live Inc., IM Mastery Academy Ltd., and Assiduous, Inc.; JASON BROWN, individually and as an officer of International Markets Live Inc. and as a member of Global Dynasty Network, LLC; ALEX MORTON, individually and as an officer of International Markets Live Inc.; MATTHEW ROSA, individually and as a member of Global Dynasty Network, LLC; and BRANDON BOYD, <br><br> Defendants | Case No.: 2:25-cv-00760-CDS-EJY <br><br> **STIPULATION AND ORDER TO DISTRIBUTE MONIES TO DEFENDANTS ISIS TERRY AND CHRISTOPHER TERRY** <br><br> [ECF No. 347] |

Defendants CHRISTOPHER TERRY ("Mr. Terry"), and ISIS TERRY ("Ms. Terry") (collectively, as "Defendants"), by and through their undersigned counsel of record, the law firm of

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

Holland & Hart LLP, and the Federal Trade Commission ("Commission") and the State of Nevada (collectively, "Plaintiffs"), by and through their undersigned counsel of record, hereby submit this Stipulation and Order to Distribute Monies to Defendants Isis Terry And Christopher Terry and hereby **STIPULATE** as follows:

On November 7, 2025, the Court entered an Order Granting Emergency Motion to Modify the Preliminary Injunction, and Order Entering Third Modified Preliminary Injunction (the "PI Order"). Doc 188.

Section XIII. of the PI Order, entitled "Duties and Authority of Receiver," provides direction and authorizations to the Receiver, and consistent therewith, the Receiver has listed for sale, marketed, and has entered, or is about to enter into, a contract to sell certain property, commonly referred to as the "Kisco Property", located in Mt. Kisco, New York.

On April 2, 2026, the Parties negotiated a settlement subject to approval by vote of the Commission and review and approval by the State of Nevada (the "Pending Settlement") and submitted a Joint Notice Regarding Proposed Settlement and Motion for Partial Stay for 60 days While Proposed Settlement is Reviewed by the Federal Trade Commission. Doc 288.

The Receiver desires Defendant Isis Terry to vacate the Kisco Property on or before May 22, 2026 in furtherance of the sale of the Kisco Property.

The Parties agree that the Receiver should be authorized to distribute $60,000.00 from the receivership estate to Isis Terry and Christopher Terry on or before Monday May 11, 2026. The funds are to be used by Isis Terry to vacate the Kisco Property, relocate, and set up a new residence. Isis Terry and Christopher Terry shall provide wiring instructions to the Receiver on or before May 8, 2026.

The Parties agree that upon the Receiver distributing $60,000 to Defendants Isis Terry and Christopher Terry, any distribution to be made under the Pending Settlement to Isis Terry and Christopher Terry, shall be reduced by $60,000.

Therefore, the Parties believe good cause exists for this Court to order the Receiver to distribute $60,000 to Defendants Isis Terry and Christopher Terry on or before Monday May 11, 2026, to help facilitate Isis Terry vacating the Kisco Property by May 22, 2026 in furtherance of the

sale of the Kisco Property, and correspondently reduce by $60,000 any future distribution to be made under the Pending Settlement to Defendants Isis Terry and Christopher.

**IT IS SO STIPULTED.**

Dated: May 6, 2026

**Federal Trade Commission**

*/s/ Thomas M. Biesty*
THOMAS M. BIESTY
LAURA C. BASFORD
J. RONALD BROOKE, JR.
JOSHUA A. DOAN
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
(202) 326-3043 (Biesty)
(202) 326-2343 (Basford)
(202) 326-3484 (Brooke)
(202) 326-3187 (Doan)
Email: tbiesty@ftc.gov; lbasford@ftc.gov;
jbrooke@ftc.gov; jdoan@ftc.gov

*Attorneys for Federal Trade Commission*

**State of Nevada**

*/s/ Lucas J. Tucker*
AARON D. FORD
Attorney General
ERNEST D. FIGUEROA
Consumer Advocate
LUCAS J. TUCKER
SAMANTHA B. FEELEY
Office of the Nevada Attorney General
8945 West Russell Road, Suite #204
Las Vegas, NV 89148
(702) 486-3256 (Tucker)

*Attorneys for State of Nevada*

HOLLAND & HART LLP

*/s/ Lars K. Evensen*
Lars K. Evensen
Jenapher Lin
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants International Markets Live Inc., IM Mastery Academy Ltd., Assiduous, Inc., Christopher Terry, Isis Terry*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**ORDER**

**THIS COURT**, having considered the stipulation of the parties and for good cause showing:

**HEREBY ORDERS** the Receiver to distribute $60,000.00 to Isis Terry and Christopher Terry on or before Monday, May 11, 2026, and Isis Terry is to use the $60,000 to vacate the Kisco Property, relocate, and set up a new residence.

**IT IS FURTHER ORDERED** that Isis Terry and Christopher Terry must provide the Receiver wiring instructions on or before Friday May 8, 2026.

**IT IS FINALLY ORDERED** that upon the $60,000 being distributed by the Receiver to Defendants Isis Terry and Christopher Terry, any distribution to be made under the Pending Settlement to Isis Terry and Christopher Terry, will be reduced by $60,000.

_____
United States District Judge

Dated: __May 8, 2026__

Submitted by:

HOLLAND & HART LLP

_/s/ Lars K. Evensen_
Lars K. Evensen
Jenapher Lin
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

_Attorneys for Defendants International Markets Live Inc., IM Mastery Academy Ltd., Assiduous, Inc., Christopher Terry, Isis Terry_

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

4