Brianna Smith, Esq., Bar No. 11795
bsmith@bhfs.com
Ashley N. Schobert, Esq., Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 269-0400
Facsimile: (619) 269-0401
*Attorneys for Court-Appointed Receiver,*
*Thomas W. McNamara*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION and STATE OF NEVADA,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL MARKETS LIVE, INC., et al.,<br><br>Defendants. | Case No. 2:25-cv-00760-CDS-EJY<br><br>**RECEIVER'S MOTION TO UNSEAL *EX PARTE* EMERGENCY MOTION TO TAKE POSSESSION OF RECEIVERSHIP ASSETS AND RECEIVER'S MOTION FOR LEAVE TO FILE *EX PARTE* AND UNDER SEAL AND RELATED ORDERS**<br><br>JUDGE:    Hon. Cristina D. Silva |

The receiver Thomas W. McNamara ("Receiver") respectfully moves for the Court to unseal the following recently-filed motions and related Court orders:

1)    Receiver's Motion for Leave to File *Ex Parte* and Under Seal [ECF No. 337] and supporting materials [ECF Nos. 337-1 & 337-2] (collectively "Motion to File *Ex Parte* and Under Seal");

2)    Receiver's *Ex Parte* Emergency Motion to Take Possession of Receivership Assets [ECF No. 338] and supporting materials [ECF Nos. 338-1 through 338-7] (collectively "Motion to Take Possession"); and

3)    Order Granting Receiver's Motion for Leave to File *Ex Parte* and Under Seal [ECF No. 340]; Order Granting Receiver's *Ex Parte* Emergency Motion to Take Possession of Receivership Assets [ECF No. 341]; Order Granting Receiver's Motion for Leave to File *Ex Parte* [ECF No. 342]; and Order Granting Receiver's Motion for Leave to File Under Seal [ECF No. 343].

The purpose of the Receiver's Motion to Take Possession was to allow the Receiver to take possession of and protect certain receivership property, namely a house located at 2297 Feathertree Avenue in Henderson, Nevada ("Feathertree") and its contents.  The Receiver had filed these motions after discovering troubling evidence indicating that Feathertree had been abandoned by its former residents, Defendant Chris Terry and his live-in girlfriend, Relief Defendant Keishia McLeod, no one was living in or caring for the property or its contents, and the property and its contents were therefore at extreme risk of damage and deterioration.

The Receiver filed the Motion to Take Possession on an *ex parte* basis and under seal based upon serious concerns that providing advance notice of the Receiver's forthcoming actions would have created a risk of asset dissipation.  Specifically, there was a risk based on their prior conduct that Defendant Chris Terry or Relief Defendant Keishia McLeod could have removed receivership property from Feathertree if notice had been given in advance.  This concern was particularly acute, given that Mr. Terry and Ms. McLeod have a history of violating the Preliminary Injunction in this case and the fact that Ms. McLeod recently violated the Preliminary Injunction by selling receivership property (a valuable piece of jewelry), which was subject to an asset freeze that Ms. McLeod had acknowledged was in place.

The Receiver has now taken possession of Feathertree and taken all necessary steps to protect the receivership property located there.  Specifically, on May 4, 2026, the Receiver took possession of the property, changing the locks, and securing the contents of the property there.

1

There is no longer a risk of asset dissipation, and there is no further reason to keep the motions sealed.  Thus, the Receiver respectfully moves the Court to unseal the Receiver's Motion to Take Possession and his Motion to File *Ex Parte* and Under Seal, all concurrently-filed materials supporting these two motions, and the Court's orders relating to these two motions (ECF Nos. 337, 337-1, 337-2, 338, 338-1 through 338-7, and ECF Nos. 340 through 343).

Dated: May 20, 2026                              MCNAMARA SMITH LLP


By:      /s/ Logan D. Smith
         Logan D. Smith (*Pro Hac Vice*)
         lsmith@mcnamarallp.com
         655 West Broadway, Suite 900
         San Diego, California 92101

         Brianna Smith, Esq., Bar No. 11795
         bsmith@bhfs.com
         Ashley N. Schobert, Esq., Bar No. 16317
         aschobert@bhfs.com
         BROWNSTEIN HYATT FARBER
            SCHRECK, LLP
         100 North City Parkway, Suite 1600
         Las Vegas, Nevada 89106-4614

         *Attorneys for Court-Appointed Receiver,*
         *Thomas W. McNamara*

**CERTIFICATE OF SERVICE**

I certify that on this 20th day of May, 2026, I served via CM/ECF a true and correct copy of the foregoing **RECEIVER'S MOTION TO UNSEAL *EX PARTE* EMERGENCY MOTION TO TAKE POSSESSION OF RECEIVERSHIP ASSETS AND RECEIVER'S MOTION FOR LEAVE TO FILE *EX PARTE* AND UNDER SEAL AND RELATED ORDERS** via electronic service by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk.


   /s/ Logan D. Smith
Logan D. Smith
*Attorneys for the Court-Appointed Receiver,*
*Thomas W. McNamara*

1