Thomas M. Biesty
NY Bar No. 4172896; (202) 326-3043; tbiesty@ftc.gov
Laura C. Basford
DC Bar No. 993645; (202) 326-2343; lbasford@ftc.gov
J. Ronald Brooke, Jr.
MD Bar No. 0202280002; (202) 326-3484; jbrooke@ftc.gov
Joshua A. Doan
DC Bar No. 490879; (202) 326-3187; jdoan@ftc.gov
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
Attorneys for Plaintiff Federal Trade Commission

Aaron D. Ford, Attorney General
Ernest D. Figueroa, Consumer Advocate
Lucas J. Tucker
NV Bar No. 10252; (702) 486-3256; ltucker@ag.nv.gov
Samantha B. Feeley
NV Bar No. 14034; (702) 486-3789; sfeeley@ag.nv.gov
State of Nevada, Office of the Attorney General
Bureau of Consumer Protection
8945 W. Russell Road, #204
Las Vegas, NV 89148
Attorneys for Plaintiff State of Nevada

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION** and **STATE OF NEVADA**, Plaintiffs, v. **INTERNATIONAL MARKETS LIVE, INC.**, et al., Defendants. | Case No. 2:25-cv-00760-CDS-EJY **JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT BY PLAINTIFFS AND RELIEF DEFENDANTS KEISHIA MCLEOD, ANALUSION, LLC, AND QCS1, LLC** **(Second Request)** |

1

The Federal Trade Commission ("FTC" or "Commission") and State of Nevada (together, "Plaintiffs") and Relief Defendants Analusion, LLC, QCS1, LLC, and Keishia McLeod (collectively, "Relief Defendants") respectfully submit this joint motion requesting that all three (3) Relief Defendants be given until June 12, 2026 to file an answer to the First Amended Complaint (ECF No. 294) ("FAC").[1] This is the second request for an extension of time to file an answer by Relief Defendants Analusion, LLC and QCS1, LLC. In support of this Joint Motion, the parties hereto state the following:

1.     On May 1, 2025, Plaintiffs filed their redacted Complaint for Permanent Injunction, Monetary Judgment, and Other Relief (ECF No. 1) charging defendants with violations of the FTC Act, the Telemarketing Sales Rule, the Restore Online Shoppers' Confidence Act, and certain Nevada statutes.

2.     On January 27, 2026, Plaintiffs filed a Motion for Leave to File a First Amended Complaint (ECF No. 229). The Court granted the motion on April 3, 2026 (ECF No. 292), and Plaintiffs filed the FAC on April 6, 2026 (ECF No. 294). The FAC adds 27 relief defendants to this action, including the Relief Defendants.[2]

---

[1] Plaintiffs and Relief Defendants initially filed their Joint Motion to Extend Time to Answer Complaint (second request) on May 26, 2026. ECF No. 357. The Court denied the joint motion, without prejudice, for non-compliance with Local Rule IA 6-2. ECF No. 358. This filing includes the requisite signature block.

[2] A redacted proposed final stipulated order that would resolve all of Plaintiffs' claims as to the other 24 relief defendants was filed with the Court on May 13, 2026. ECF No. 350. That same day, Plaintiffs filed a motion for leave to file under seal an unredacted proposed final stipulated order. ECF No. 351. On May 14, 2026, the Court granted Plaintiffs' motion and ordered the unredacted proposed final stipulated order remain sealed. ECF No. 354.

3.      Relief Defendants Analusion, LLC and QCS1, LLC were served with the FAC and summons on April 13, 2026. ECF Nos. 302, 303. Absent an extension, their responses to the FAC would have been due on May 4, 2026.

4.      Plaintiffs' counsel Laura C. Basford provided Relief Defendant Keishia McLeod's attorney, Richard Wright, with a copy of the FAC and summons on April 9, 2026, via e-mail. On May 3, 2026, Richard Wright notified Plaintiffs that he was authorized to accept service of the FAC and summons on behalf of Keishia McLeod.[3]

5.      On May 4, 2026, Plaintiffs and Relief Defendants filed a Notice and Proof of Service of Summons and Complaint on Relief Defendant Keishia McLeod and Joint Motion to Extend Time to Answer Complaint by Plaintiffs and Relief Defendants Keishia McLeod, Analusion, LLC, and QCS1, LLC ("First Joint Motion"). ECF No. 346. The First Joint Motion sought to extend Relief Defendants Analusion, LLC and QCS1, LLC time to file an answer to the FAC to May 26, 2026.[4]  The Court has not yet ruled on the First Joint Motion.

Plaintiffs and Relief Defendants have agreed to enter into settlement negotiations. As a result, Plaintiffs agree to extend the deadline for Relief Defendants to file an answer to the FAC to June 12, 2026.

---

[3] On Friday, May 1, 2026, Magistrate Judge Youchah granted Plaintiffs' motion for alternative service on Keishia McLeod. ECF No. 345. Richard Wright's agreement to accept service on behalf of Keishia McLeod on May 3, 2026 moots the need for service by publication.

[4] Relief Defendant Keishia McLeod's response to the FAC was also due on May 26, 2026.

WHEREFORE, Plaintiffs and Relief Defendants respectfully request that the Court grant this Motion and extend the time for Relief Defendants to file an answer to the First Amended Complaint to June 12, 2026.

Respectfully submitted,

Dated: May 27, 2026

/s/Thomas M. Biesty
THOMAS M. BIESTY
LAURA C. BASFORD
J. RONALD BROOKE, JR.
JOSHUA A. DOAN
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
(202) 326-3043 (Biesty)
(202) 326-2343 (Basford)
(202) 326-3484 (Brooke)
(202) 326-3187 (Doan)
Email: tbiesty@ftc.gov; lbasford@ftc.gov;
jbrooke@ftc.gov; jdoan@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

AARON D. FORD
Attorney General

ERNEST D. FIGUEROA
Consumer Advocate

LUCAS J. TUCKER
SAMANTHA B. FEELEY
Office of the Nevada Attorney General
8945 West Russell Road, Suite #204
Las Vegas, NV 89148
(702) 486-3256 (Tucker)
(702) 486-3789 (Feeley)
Email: ltucker@ag.nv.gov;
sfeeley@ag.nv.gov

Attorneys for Plaintiff
STATE OF NEVADA

/s/Richard A. Wright
RICHARD A. WRIGHT
Wright Marsh & Levy
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
(Office) 702-382-4004
(Fax) 702-382-4800
rick@wmllawlv.com

Attorney for Relief Defendants
ANALUSION, LLC
QCS1, LLC
Keishia McLeod

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___May 27, 2026___

4