BRIANNA SMITH, ESQ.
Nevada Bar No. 11795
bsmith@bhfs.com
ASHLEY N. SCHOBERT, ESQ.
Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
**MCNAMARA SMITH LLP**
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 269-0400
Facsimile: (619) 269-0401

*Attorneys for Court-Appointed Receiver,*
*Thomas W. McNamara*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION and STATE OF NEVADA, | Case No.: 2:25-cv-00760-CDS-EJY |
| Plaintiffs, | **FOURTH STIPULATION AND ORDER REGARDING CERTAIN NON-PARTY CLAIMS INVOLVING 678 DRAGON POINT DRIVE** |
| v. | |
| INTERNATIONAL MARKETS LIVE, INC., et al., | [ECF No. 356] |
| Defendants. | |

The Receiver, Thomas McNamara, hereby stipulates with non-party PA18L1, LLC ("PA18L1") via its counsel Spencer Gunnerson of Kemp Jones, LLP as follows:

1.     The Receiver and PA18L1 previously entered into a stipulation (ECF 252) that provided, among other things, that PA18L1 would have 25 days after approval of the stipulation within which to file an objection or other response to the Court's Order Approving Sale of Property (ECF 244). The Court approved the stipulation via an Order (ECF 253).

2.    Second and third stipulations modifying briefing deadlines were approved by the Court (ECF 275 and ECF 301).

3.    The Receiver and PA18L1 continue to explore potential resolution of the issues, which are complex, and continue to evaluate each other's respective positions as to these matters and therefore stipulate to enlarge the date on which PA18L1 may file an objection or other appropriate document seeking to establish its position as to Build Clock and Anti-Speculation Liquidated Damages as to the Property.

[Paragraph 4 and signature lines on next page]

4. The Receiver and PA18L1 now stipulate to the following briefing schedule: a) PA18L1's brief shall come due on June 5, 2026; b) the Receiver's response brief shall come due July 6, 2026; and, c) PA18L1's reply brief shall come due on July 20, 2026.

IT IS SO STIPULATED.

Dated: May 21, 2026

Dated: May 21, 2026

MCNAMARA SMITH LLP

KEMP JONES, LLP

By: /s/ Logan D. Smith
Logan D. Smith (Pro Hac Vice)
655 West Broadway, Suite 900
San Diego, California 92101

By: /s/ _Camille Laude_
Spencer H. Gunnerson, Esq.
Nevada Bar No. 8810
Camille Laude, Esq.
Nevada Bar No. 17236
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada 89169

and

BRIANNA SMITH, ESQ.
Nevada Bar No. 11795
bsmith@bhfs.com
ASHLEY N. SCHOBERT, ESQ.
Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Non-Party PA18L1, LLC*

*Attorneys for Court-Appointed Receiver, Thomas W. McNamara*

IT IS SO ORDERED.

_____
United States District Judge
Dated: June 1, 2026