**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and STATE OF NEVADA,<br><br>Plaintiffs<br><br>v.<br><br>INTERNATIONAL MARKETS LIVE, INC., et al.,<br><br>Defendants | Case No. 2:25-cv-00760-CDS-EJY<br><br>**ORDER GRANTING RECEIVER'S MOTION TO UNSEAL *EX PARTE* EMERGENCY MOTION TO TAKE POSSESSION OF RECEIVERSHIP ASSETS AND RECEIVER'S MOTION FOR LEAVE TO FILE *EX PARTE* AND UNDER SEAL AND RELATED ORDERS**<br><br>[ECF No. 355] |

Having read and considered the Receiver's Motion to Unseal *Ex Parte* Emergency Motion to Take Possession of Receivership Assets and Receiver's Motion for Leave to File *Ex Parte* and Under Seal and Related Orders ("Motion") , and good cause appearing therefore:

IT IS HEREBY ORDERED that the Receiver's motion is **[ECF No. 355] GRANTED**. The Office of the Clerk is directed to unseal and otherwise lift restrictions and make public Docket Entries 337, 337-1, 337-2, 338, 338-1 through 338-7, 340, 341, 342, and 343.

Dated: June 1, 2026

_____
Cristina D. Silva
United States District Judge