BRIANNA SMITH, ESQ.
Nevada Bar No. 11795
bsmith@bhfs.com
ASHLEY N. SCHOBERT, ESQ.
Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
**MCNAMARA SMITH LLP**
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 269-0400
Facsimile: (619) 269-0401

*Attorneys for Court-Appointed Receiver,*
*Thomas W. McNamara*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION and STATE OF NEVADA,<br><br>    Plaintiffs,<br><br>v.<br><br>INTERNATIONAL MARKETS LIVE, INC.,<br> et al.,<br><br>    Defendants. | Case No.: 2:25-cv-00760-CDS-EJY<br><br>**FIFTH STIPULATION AND ORDER REGARDING CERTAIN NON-PARTY CLAIMS INVOLVING 678 DRAGON POINT DRIVE**<br><br>[ECF No. 365] |

Non-party PA18L1, LLC ("PA18L1") hereby stipulates with the Receiver, Thomas McNamara, via its counsel Vigil Abran of Ballard Spahr, LLP as follows:

1.    The Receiver and PA181L1 previously entered into a stipulation [ECF 252] that provided, among other things, that PA18L1 would have 25 days after approval of the stipulation within which to file an objection or response to the Court's Order Approving Sale of Property [ECF 244]. The Court approved the Stipulation via an Order [ECF 253].

2.    Second, third, and fourth stipulations modifying brief deadlines were agreed upon by the parties and approved by the Court [ECF 275, ECF 301, and ECF 356].

3.    The issues implicated are complex and continue to require substantial review and evaluation. The parties have made meaningful progress in narrowing the disputed issues and have continued to engage in ongoing negotiations aimed at resolving the matter short of further litigation. The parties believe that additional time will facilitate those discussions. The Receiver and PA18L1 therefore stipulate to enlarge the date on which PA18L1 may file an objection or other appropriate document seeking to establish its position as to Build Clock and Anti-Speculation Liquidated Damages as to the Property.

(Continued on Next Page)

4. The Receiver and PA18L1 now stipulate to the following briefing schedule: (a) PA18L1's brief shall be due on June 29, 2026; (b) the Receiver's response brief shall be due July 29, 2026; (c) PA18L1's reply brief shall be due August 12, 2026.

**IT IS SO STIPULATED.**

Dated: June 8, 2026                                         Dated: June 8, 2026

MCNAMARA SMITH LLP                       KEMP JONES, LLP

By: /s/ Logan D. Smith                              By: /s/ _Camille Laude_
Logan D. Smith (Pro Hac Vice)                 Spencer H. Gunnerson, Esq.
655 West Broadway, Suite 900                 Nevada Bar No. 8810
San Diego, California 92101                      Camille Laude, Esq.
                                                               Nevada Bar No. 17236
and                                                           3800 Howard Hughes Pkwy., 17th Floor
                                                               Las Vegas, Nevada 89169
BRIANNA SMITH, ESQ.
Nevada Bar No. 11795                           *Attorneys for Non-Party PA18L1, LLC*
bsmith@bhfs.com
ASHLEY N. SCHOBERT, ESQ.
Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Court-Appointed Receiver, Thomas W. McNamara*

IT IS SO ORDERED.

_____
United States District Judge
Dated: June 9, 2026