BRIANNA SMITH, ESQ.
Nevada Bar No. 11795
bsmith@bhfs.com
ASHLEY N. SCHOBERT, ESQ.
Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
MCNAMARA SMITH LLP
110 West A. Street, Suite 1075
San Diego, California 92101
Telephone: (619) 269-0400
Facsimile: (619) 269-0401

*Attorneys for Court-Appointed Receiver, Thomas W. McNamara*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission and State of Nevada,<br><br>Plaintiffs,<br><br>v.<br><br>International Markets Live, Inc., et al.,<br><br>Defendants. | Case No.: 2:25-cv-00760-CDS-EJY<br><br>**STIPULATION AND ORDER REGARDING CERTAIN NON-PARTY CLAIMS INVOLVING 678 DRAGON POINT DRIVE (Tenth Request)**<br><br>[ECF No. 392] |

Non-party PA18L1, LLC ("PA18L1") hereby stipulates with the Receiver, Thomas McNamara, via its counsel Abran E. Vigil, Esq. of Ballard Spahr LLP as follows:

1. The Receiver and PA181L1 previously entered into a stipulation [ECF 252] that provided, among other things, that PA18L1 would have 25 days after approval of the stipulation within which to file an objection or response to the Court's Order Approving Sale of Property [ECF 244]. The Court approved the Stipulation via

an Order [ECF 253].

2. Second, third, fourth, fifth, sixth, seventh, and eighth, and ninth stipulations modifying brief deadlines were agreed upon by the parties and approved by the Court [ECF 275, ECF 301, ECF 356, ECF 365, ECF 373, ECF 382, ECF 388, ECF 390].

3. The parties are very close to arriving at final settlement terms, and they anticipate that this tenth stipulation should be the final one that is needed. To that end, the parties only submit this stipulation as a precaution in the event that their settlement efforts break down in some unforeseeable fashion, and briefing regarding the Court's Order Approving Sale of Property [ECF 244] thereby becomes necessary.

5. The Receiver and PA18L1 therefore stipulate to enlarge the date on which PA18L1 may file an objection or other appropriate document seeking to establish its position as to Build Clock and Anti-Speculation Liquidated Damages as to the Property.

(Continued on Next Page)

6. The Receiver and PA18L1 now stipulate to the following briefing schedule: (a) PA18L1's brief shall be due on October 26, 2026; (b) the Receiver's response brief shall be due November 26, 2026; (c) PA18L1's reply brief shall be due December 9, 2026.

**IT IS SO STIPULATED.**

Dated: October 13 2026.

MCNAMARA SMITH LLP

By: /s/ Logan D. Smith
Logan D. Smith (Pro Hac Vice)
110 West A Street, Suite 1075
San Diego, California 92101

and

BRIANNA SMITH, ESQ.
Nevada Bar No. 11795
bsmith@bhfs.com
ASHLEY N. SCHOBERT, ESQ.
Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Ste. 1600
Las Vegas, NV 89106-4614

*Attorneys for Court-Appointed Receiver, Thomas W. McNamara*

Dated: October 13, 2026.

KEMP JONES, LLP

By: /s/ [signature]
Spencer H. Gunnerson, Esq.
Nevada Bar No. 8810
Camille Laude, Esq.
Nevada Bar No. 17236
3800 Howard Hughes Pkwy., 17th Fl.
Las Vegas, Nevada 89169

*Attorneys for Non-Party PA18L1, LLC*

**IT IS SO ORDERED.**

[signature]

United States District Judge

Dated: October 15, 2026